**Barry Levin, Esq.**
1055 Franklin Avenue
Suite 306
Garden City, New York   11530
(516) 222-4500

**MEMO ENDORSED**

January 12, 2010

1/13/10
Request to modify the terms of defendant's release and for an extension of time to comply with those terms is granted.

*[signature] Colleen McMahon*

<u>VIA FAX: 212-805-6326</u>
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
Room 14C
New York, New York   10007

    Re:  United States v. Anthony Mangone
        10 CR 007(CM)
Dear Judge McMahon:

    I write on behalf of Mr. Mangone who was released by Magistrate Judge Smith on $500,000.00 personal recognizance bond secured by $100,000.00 in equity and two responsible persons in addition to Mr. Mangone as co-sureties. Yesterday, I spoke to AUSA Perry Carbone who has consented to allow Mr. Mangone to provide an additional property by a non-party surety to support the equity provision of the bail. The person who will be co-signing the bond and providing property as equity is Mr. Michael D'Alessio, who has been interviewed by the Government and approved as a financially appropriate surety. Mr. D'Alessio will not be able to return to the Clerk's Office to co-sign the bond until Friday, January 15, 2009. The Government has no objection to the extension of time and we respectfully request that your Honor allow Mr. D'Alessio until Friday at the close of business to sign the bond on behalf of Mr. Mangone.

        Very truly yours,

        *[signature]*
        Barry Levin, Esq.

BL:jaa
cc: AUSA Perry Carbone (Via Fax: 914-993-1980)