**ANTHONY J. SIANO, ESQ.**
ATTORNEY AT LAW
333 WESTCHESTER AVENUE - SUITE 300
WHITE PLAINS, NEW YORK 10604

(914) 997-0100
FAX (914) 997-4179

ANTHONY J. SIANO

February 18, 2010

**MEMO ENDORSED**

2/19/10
Granted
[signed] Colleen McM

**BY FEDERAL EXPRESS**

Honorable Colleen MacMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Annabi, Jereis and Mangone, 10 CR 007 (CM)

Dear Judge McMahon:

I am counsel to the defendant Zehy Jereis, in the above captioned case.

All defense counsel have requested and the counsel for the government have agreed that the defense's time to respond to the government's motion for a protective order as to discovery should be enlarged to and including March 5, 2010.

All counsel have consented to my asking the Court to endorse this letter as an order granting the defense this additional time.

Thank you for your time and attention to this matter.

Respectfully submitted,

[signature]
Anthony J. Siano

cc: Assistant United States Attorney Perry Carbone
    Assistant United States Attorney Jason Halperin
    Susanne Brody, Esq.
    James DeVita, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/10