```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/18/11
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 18, 2011

BY ELECTRONIC MAIL

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

DOCKET AS FILED #
RE: docket as letter
DATE:

Re:   *United States v. Annabi and Jereis*, **10 Cr. 007 (CM)**

Dear Judge McMahon:

The Government respectfully submits this letter in response to Mr. Aronwald's letter dated January 17, 2011, and writes to correct certain misstatements made by counsel.

First, counsel states that the Government agreed to the motions schedule set forth in his letter. We did not. In a telephone call with Annabi's counsel last week, we made it clear that we would agree to what we viewed as a drawn-out motions schedule *only if* he agreed to jointly suggest to the Court a trial date of June 13, 2011. In our view, there was no need for counsel to have two more months after the January 24, 2011 conference to file their motions.

Moreover, the Government would have preferred a trial date in May, if that worked for the Court, but suggested June 13 to counsel because that was the first available time counsel for Annabi had. When we were discussing possible times for the motions schedule and a proposed trial date, Annabi's counsel informed us that he would be away from February 15 through March 1, away again from April 14 through April 26, in Florida on government business May 19 and 20, and out of the country from May 22 through June 12. Thus, although it might be inconvenient for counsel to start a trial right after returning from a trip, this seemed to be the earliest possible time that counsel could begin an approximately four-week trial (the Government anticipates that its case-in-chief will last about three weeks), while still accommodating counsel's spring schedule. Such a schedule, with a June 13 start date, would allow us to get three full trial weeks in before the July 4th break, would cut into the summer as little as possible, and would provide the earliest possible start date, in light of counsel's schedule.

The Honorable Colleen McMahon
January 18, 2011
Page 2

   Counsel also notes that at the last pretrial conference on November 15, 2010, Your Honor indicated that it was the Court's "intention to set a trial date in the middle of the year." While the Government does not yet have the 11/15/10 pretrial conference transcript, it is worth noting that at Annabi's November 29, 2010 bail hearing – two weeks later – the Court said, "I will be happy to give this case a spring trial date." 11/29/10 Bail Hearing Tr. at 13.

   For all these reasons, the Government would respectfully ask for a trial date of June 13, 2011, or no later than June 20, 2011. We would also ask for time to be excluded – in the interests of justice, and in order for the motions to be briefed and so the Court can rule on them – until the trial date.

   Thank you very much for Your Honor's consideration.

        Respectfully submitted,

        Preet Bharara
        United States Attorney

By: _____
        Jason P.W. Halperin / Perry Carbone
        Assistant United States Attorneys
        (914) 993-1933 / 1945

cc:  William Aronwald, Esq.
   (Counsel for Sandy Annabi) (by e-Mail)

   Anthony Siano, Esq.
   (Counsel for Zehy Jereis) (by e-Mail)