**EXHIBIT "A"**

190 Shares of capital stock of Parkview Owners, Inc. and the Proprietary Lease for apartment 1B in the building known as 245 Rumsey Road, Apt. # 1B, Yonkers, New York 10701, and described in the Preliminary Order of Forfeiture as "all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 245 Rumsey Road, Yonkers, New York, Apt. 1B."