## INDEX OF EXHIBITS

| EXHIBIT | AUTHOR | RELATIONSHIP TO ANTHONY J. MANGONE |
|---|---|---|
| Exhibit A-1 | Anthony J. Mangone | Defendant |
| Exhibit A-2 | Donna Mangone | Wife |
| Exhibit A-3 | | Son |
| Exhibit B | Judith G. Kautto, LC.S.W. | Family and marital therapist |
| Exhibit C | Robert J. Filewich, Ph.D. | Personal psychologist |
| Exhibit D-1 | Marie Mangone | Mother |
| Exhibit D-2 | Anthony F. Mangone | Father |
| Exhibit D-3 | Kristy Mangone | Sister in law (was married to his brother Michael) |
| Exhibit D-4 | Frank J. Mangone | Brother |
| Exhibit D-5 | Christine Mangone | Married to Anthony's older brother Frank |
| Exhibit D-6 | George and Donna Meinel | Parents of Christine Mangone |
| Exhibit D-7 | James Meinel | Brother to Christine Mangone |
| Exhibit D-8 | Julie Bucci | Sister to Christine Mangone |
| Exhibit D-9 | Marissa Fiordimalva | Sister to Christine Mangone |
| Exhibit D-10 | Christine Bavaro | Cousin |
| Exhibit D-11 | Frank Frasca | Uncle |
| Exhibit D-12 | Carol Frasca | Aunt |
| Exhibit D-13 | Christopher Frasca | Cousin |
| Exhibit D-14 | Gregory Frasca | Cousin |
| Exhibit D-15 | Frank & Eileen Frasca | Cousins |
| Exhibit D-16 | MaryAnn Tortorella | Mother-in-Law |
| Exhibit D-17 | Debbie Kayal | Sister-in-law (Wife's sister) |
| Exhibit D-18 | | Nephew |
| Exhibit D-19 | Elaine Norelli | Wife's cousin |

| EXHIBIT | AUTHOR | RELATIONSHIP TO ANTHONY J. MANGONE |
|---|---|---|
| Exhibit D-20 | Robbin Tomei-Caton | Wife's cousin |
| Exhibit E | Nicole Alpino-Falco | Long-time personal friend |
| Exhibit E | Mary Jane and Nicholas Alpino | Family friends |
| Exhibit F | Donna Thomas | Old family friend (Defendant's babysitter) |
| Exhibit G | Mary Jane Ballinger | Former client's mother |
| Exhibit G | Donna Materasso | Former client's mother |
| Exhibit H | George Galgano | Fellow lawyer; patron of Trattoria 623 |
| Exhibit I | David H. Berman, MD | Good friend; patron of Trattoria 623 |
| Exhibit J | Lisa Santanogelo | Ex-wife of Ex-Partner in law firm |
| Exhibit J | Maria Santangelo | Lisa Santangelo's daughter |
| Exhibit J | Nicholas Falco | Lisa Santangelo's brother |
| Exhibit K | Chief Michael P. Cerone | Lisa Santangelo's uncle |
| Exhibit L | Franca and Tony Gjokaj | Family friends; Parent of baseball player |
| Exhibit L | Justine Casey Gaeta | Family friends; Parents of baseball player |
| Exhibit L | William and Susan DeLuca | Family friends; Parents of baseball player |
| Exhibit M | Andrew Kaplan | Patrons of Trattoria 623 |
| Exhibit N | Jesus A. Lago, MD & Giovanna Lago LCSW | Family friends |
| Exhibit N | Jennifer Levkoff | Family friend |
| Exhibit N | Geraldine DeAngelis | Family friend |
| Exhibit N | Joseph Cianciulli | Business acquaintance |
| Exhibit O | Fred Gallo | H.S. Baseball Coach |
| Exhibit P | Antonia Georgioudakis | Employee at Trattoria 623 |
| Exhibit Q | Vincent Corso | Business and personal friend |
| Exhibit R | Theodore J. Brundage | Fellow lawyer |

# Exhibit A-1

November 15, 2015

Honorable Colleen McMahon,
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I have written this letter within my thoughts more times than ever believed
possible. In fact, I began writing this letter the morning of January 6, 2010,
soon after FBI agents arrived at my home with an arrest warrant.    I
intimately recall the events of that morning and remember traveling down
the streets of my neighborhood with handcuffs firmly around my wrists. At
that point I knew my life and the life of my family would be changed
forever. It is difficult to begin in any one place but suffice to say that the
man that will stand before your Honor for sentencing is drastically different
than the individual that went to sleep at his home on January 5, 2010.  71
months have passed since that fateful morning and each day I have spent
trying to become a better person. During many sleepless nights when my
mind was consumed with deep regrets I yearned to find the person I was
from many years ago before ego and poor judgment that was skewed by
misplaced motive.

I know of no other way to begin this letter than to first apologize to those I
have disappointed. First and foremost my
                        and Donna my wife of 17 years.   They are the
motivation to keep going each day despite the many stumbles I have taken.
Donna has been a faithful co-pilot through my journey for more than 20
years. Standing by my side during both the good and bad times. My actions
have subjected her to public embarrassment and made her a victim of my
reprehensible immoral and illegal conduct.  As for my children, whatever
hope I once had in them revering their father has been forever marred by my
self-inflicted faults.  Surely someday this matter will be in the proverbial

"rear view mirror" but nothing can erase the negativity I have brought upon them.

Secondly, and equally as important I need to apologize to my mother and father. They are salt of the earth people that put God before all. While I was not raised from privilege, my parents worked day and night to send my two brothers and I to Catholic school in order to provide us with a safe and healthy educational environment that bestowed fundamental Catholic values. Through their guidance, I worked my way through college and law school at night. There are no excuses for my faults as their honesty and compassion should have been enough to steer me right. Unfortunately, I chose wrong and for that I apologize to two wonderful people that God has graced this Earth. They both have endured too much pain. There is no worse guilt I carry than knowing that while my parents mourn the loss of their youngest son, part of that reflection is disturbed by their angst for my circumstances. I never wanted to be a burden to my parents and prided myself that following my Law School graduation I would one day be able to care for all of their needs. Today that possibility seems but a distant hope to achieve.

Thirdly, I would like to apologize to my family and friends that have witnessed these unfortunate events. Each of them have sought my counsel in the past only to now be disappointed into wondering if they had made a mistake in believing in me.

Next, I would like to apologize to my former brethren of the bar. I abused my license to practice law and as a result brought shame to the profession I swore an oath to many years ago. As a result of my abuse, I have only furthered the innuendo and mockery unfortunately many people in our society engage in with respect to the profession. There are too many attorneys that do good that do not deserve to be colored with the broad stroke by those that have abused their position of trust.

I vividly recall my journey toward the legal profession. It began in the Winter of 1993, when I learned my parents would no longer be able to help pay my college education after my father's business had suffered a set back. I quickly realized there were few resources to aid young people faced with this dilemma and I promised myself that I would seek a profession that would help people in need. It was a passion based on purely altruistic principles. I then began working full time and continued college courses in the evening and followed the same path through 4 years at St. John's

University School of Law. Unfortunately somewhere along the way altruism was set aside for egoism. Instead of recalling the good values my parents had instilled in me I relented to the insidious practices of a corrupt political system. I was entrusted with a God given ability to help people and instead utilized that ability to further my self interest and the interests of others not worthy of same.

Since my arrest I have taken steps to once again rekindle with the core beliefs instilled upon me from an early age. I have tried to make my children understand that there are no short cuts in life. I must advise the Court that it has not been easy. I have lost many friends along the way. I have suffered from long bouts of depression and anxiety over the remorse of my actions. There have been many sleepless nights filled with self- doubt only to start the morning anew knowing that my children's emotional growth cannot be further stunted by them witnessing a father that has given up. I carry a deep burden over my brother's death. Prior to his accident on September 11, 2011, I was immersed in my own problems and I was unable to help my brother with his issues. I still retain his last voicemail to me wherein he told me he was trying to get on his feet and hoped to see me at Christmas. It is a reminder to me that despite my problems, perhaps I could have lent myself more to others and not allowed myself to be shackled with self-pity. Over the past few years, I have been under the care of several therapists to assist me in my growth. I believe I have now taken the necessary steps to rid myself of guilt and grow to become a more productive member of society. I still want to help people in some capacity. But for the right reasons. I have divested myself of any predilections to please others and learned my lesson to never again "cast pearl before swine". I hope the Good Lord will help me find a vocation that will allow me to do so. I am certain my abilities can be well suited to help those in need.

On December 2, 2015, your Honor will render judgment for my actions. You will consider all of the facts that I have testified to in two previous trials and you will also have had the opportunity to have read my attorney's memorandum in aid of sentencing, the Government's submission and the many letters on my behalf from family and friends. What will not fully transcend within any of those submissions is the metamorphous that I have undertaken in the past 71 months. Aristotle Onassis once said "It is during our darkest moments that we must focus to see the light". I assure your honor that during the past 71 months I have taken my darkest moments to grow into a better person. I am a shell of my former self. I have been

stripped of my dignity, publicly humiliated and scorned by former friends and associates.     I recognize I failed my family, my friends and most importantly failed to uphold the trust that is inherent in the practice of law. In spite of it all, I have found solace in knowing I have admitted to my faults and become a better person as a result of taking responsibility for my actions. I trust you will consider all of these facts and you will render an appropriate and just punishment.

I thank you for your time and consideration.

Very truly yours,

Anthony J. Mangone

Exhibit A-2

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

Your honor, I write this letter in support for my husband, Anthony.  We have been a together for 23 years, married for 17 years.  The man that will stand before you on Wednesday, December 2nd is not the same man I have known for nearly half my life.  At one time I considered Anthony my rock, my love and my best friend.  We have been through good times and bad times and my rock never crumbled, until Anthony was indicted five years ago.  On December 2nd when Anthony stands before you I hope you see and agree that he is a changed man.  He has suffered such loss that many acquaintances who hear his story find it hard to believe how he lives as a functional person in society.  Anthony is truly one of the most genuine, honorable, loyal persons that I have ever met.  Unfortunately, Anthony had one flaw.  I never knew it when I first met him, but the flaw he possessed is he tried too hard to please everyone.  He desired to receiving praise for his advice and guidance.  Anthony's poor decision in trying too hard to satisfy his client clouded his better judgement.  He overlooked the law and made a poor choice in judgement.  I truly believe that his illegal act was not of greed, but was Anthony trying too hard to satisfy his client.  Needless to say, this decision has cost him dearly and changed his life forever.  I know he truly regrets and understands what a poor decision he made.  Anthony truly wishes he could go back in time and make things right by making the proper and honest decision.

Five years ago, my husband loss of his professional career.  Something he had worked so hard to achieve.  Law school was hard work.  Anthony worked a full time job from 9-5 and then would drive out to Queens from Westchester to go to St. John's Law school from 6-10pm, Monday through Thursday.  Anthony knew that his hard work would result in him having a successful career so he stayed focused and didn't give up.  His dream was to become a lawyer and help those in need.  He also wanted a prosperous career so he could be able to provide for his family in ways his parents couldn't do for him and his brothers.  My in-laws are the most amazing loving people you could ever meet and they come from modest means.  Anthony always wanted to make them proud and provide a better life for them and for his own family.  Since he has been disbarred, it has been extremely difficult for him to look in the mirror.  He lost his character, his credibility, his friends, his ability to love himself and disappointed his family.  He takes full

responsibility for his actions and with the continuous help from his therapist; he is trying to recover and progress from his demise.

During the past five years, Anthony suffered another huge loss. He lost his younger brother Michael. Michael was a great person. He always looked up to Anthony for guidance and advice. I would compare their relationship to have been more like a father and son relationship. Michael depended on Anthony and after he passed away Anthony felt as if he let him down. Because of the depression he was suffering from his criminal indictment, he never had the chance to mourn Michael's death the way he truly needed too. Anthony suffers with a great deal of guilt for letting Michael down and it has added to his depression.

Anthony's relationship with his children for the past five years has been a strained. While suffering from depression, he was not mentally capable to be the father he wanted to be for our                            . As I painfully watched their relationship began to diminish, I became frustrated and it caused a divide in our marriage. The rock I once knew had crumbled and we almost lost our friendship forever. It has been a rough road traveled for all of us, especially Anthony. However, with faith, therapy and his dedication to move forward and make better decisions for himself and his family, he has made me proud of the man he has become.

With all the pain, loss and suffering Anthony has endured during the past 5 years, I hope you consider probation as an option for his sentencing. Not only has Anthony become a better person, he is my best friend, a better son, father, and a loving husband. My kids and I had lost Anthony 5 years ago when his karma came upon him. He is making tremendous progress. I can't fathom what it would do to me and my kids if Anthony was to be taken away. Our kids are                            . Their relationship has blossomed through this tragedy and he has changed and became that role model he always wanted to be. I can't bear for them to suffer and lose him again. My husband is a good man who made a huge mistake. He has suffered and still is suffering. He knows it will take him an eternity to make things right and he is committed to doing just that. I hope you can consider the many steps Anthony has taken to atone for his wrong doings so he can continue to stay on the right path and maintain being a productive citizen, friend, son, father and husband.

Thank you for taking the time to read my letter.

Sincerely,

Donna Mangone

Exhibit A-3

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New york, New York 10007

RE:  Anthony J. Mangone

Dear Judge McMahon,

Thank you,

# Exhibit B

# Redacted Information in Accordance to Federal Rules of Criminal Procedure Rule 49.1

Attn: Judge Colleen McMahon

Ref: Anthony Mangone

October 28, 15

Dear Judge McMahon,

Exhibit C

Redacted Information in Accordance
to Federal Rules of Criminal Procedure
Rule 49.1



THE
CENTER
FOR
BEHAVIOR
THERAPY

November 6, 2015

The Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, NY 10007-1312

Your Honor:

Re:  United States of America vs. Anthony Mangone

HARRISON COURT
222 WESTCHESTER AVENUE
SUITE 406
WHITE PLAINS, NEW YORK 10604

(914) 946-4666
FAX: (914) 946-4003

Exhibit D-1

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

God has blessed my husband and I with three beautiful sons, Growing up Anthony
participated in both Church and School functions, He was the lead alter boy in Church,
did the "Midnight Run" (feeding and bringing warm clothes to the homeless), took part in
after school activities especially baseball. He strived to excel in whatever he
participated.

After completing college, Anthony went on to Law. He had always wanted to be an
Attorney.
He was registered for the evening classes, as he was employed full time during the
day. This was extremely difficult as a law student, but he never complained.

Anthony has always been a good and loving son. He is a wonderful husband, father
and a supportive uncle to my grandchildren in Florida who lost their father. While
awaiting his sentencing, Anthony has been working long hours at the Family
Restaurant. I could not have this without him.

I ask that you please be merciful and not sentence my son Anthony to prison. He has
been cooperative with this investigation and understands the grave mistakes he has
made. His family depends on him and his children need his presence in their lives.

Sincerely,

Marie Mangone

Exhibit D-2

Anthony F. Mangone

November 3, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007

Dear Judge McMahon,

On September 11th, 2011 my son Michael (Anthony's brother) was killed in a horrific car crash. He left a wife and three children. Our whole family was devastated. My wife has been under a doctor's care ever since then and she doesn't seem to be getting any better. I am afraid that if Anthony is incarcerated, it will drive her over the edge. Mentally, Anthony has been a mess, but he has always managed to be there for Michael's children as they try to cope with the loss of their father.

Anthony is a wonderful son and caring person who before 2010, always put his clients first before anything else. He worked countless hours making sure that everything was completed and done correctly for them. Anthony always helped anyone that came along. He was instrumental in getting some individuals elected to public office who are presently serving in Westchester.

Although Anthony has been "free" for the past five years, he really hasn't been. First, he had to surrender his law license, which destroyed him and his family financially. Second, he had to submit to weekly drug tests ordered by the court. Third, he was not allowed to leave the state unless he got permission. And lastly, he cooperated without hesitation each and every time the government requested information from him in multiple public corruption matters.

Anthony realized what he did was wrong and I know he is truly sorry for what he did and for letting his family down. He has turned his life around and is a better person today. Your honor, my wife and I have lost one son forever; please do not make us lose Anthony to the prison system.

Respectfully yours,

Anthony F. Mangone

Exhibit D-3

October 26, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

Booker T. Washington is credited with the quotation, "character, not circumstances, make the man." I've given this quote much consideration regarding the case of my brother-in-law- Anthony Mangone. I believe that Anthony's character far surpasses the poor choice he made regarding the circumstances of his crime. I humbly ask you to consider the character he possesses beyond this unfortunate incident.

I am Anthony's sister-in-law, the wife of his deceased younger brother Michael. I reside in Florida with my three children where I am a high school teacher. I have known Anthony for over twenty years and I am proud to consider him one of my closest friends                                   Since that day, Anthony has been the greatest source of emotional support for me and my children. Anthony traveled to be by my side as I struggled to handle arrangements and grasp my new reality. Anthony ensures that, even though there are miles between us, we know we can depend on him.

Anthony has been the most loving uncle to my children. He visits us in Florida to attend my son's little league games, and spends lots of time with my kids when we visit New York each Christmas and summer. It is important to Anthony to make memories with my children. He has taken my sons to Yankee and Giants games, and my daughter on shopping and Broadway adventures. My children look forward to spending time with their Uncle Anthony because they know he is their biggest fan. Anthony has especially stepped in to fulfill a father's
                                                                         _ave developed a beautiful relationship, and
                                                                                    Personally, Anthony continues to be
an incredible source of emotional support for me as I am piecing my life back together and facing my challenges. He has also generously helped me with finances as well as parenting advice. Anthony is the person I reach out to when I am confused or overwhelmed.

I have spoken to Anthony many times about the poor decisions he made in the past and the precarious future he faces. He deeply regrets the crime he committed. Anthony has worked tirelessly and accomplished so much professionally and personally while he has been awaiting his sentencing. Pressure and uncertainty can alter a man's character, yet Anthony is an even more loving and humble family man than ever before. I do not believe there is any reason for Anthony to serve jail time. Anthony is dedicated to moving forward with his life and contributing to society. Personally, I am concerned that if Anthony is sent to prison it will be detrimental to my own children, as well as his.

Thank you for your time and your thoughtful consideration.

Respectfully,

Kristy Mangone
Kristy Mangone

Exhibit D-4

November 3, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I am writing to you as the older brother of Anthony Mangone. I have known him his whole life and can tell you that he was raised as a person of having good judgment, morally correct values and lived within a household that was built around hard work and family values. Unfortunately, Anthony has made some bad choices which this case has brought to the forefront that has caused him to forego a career as an attorney he worked so hard to accomplish. I can honestly report to you that he understands the severity of his actions and is truly repentant for what transpired.

Throughout the years, Anthony has been a role model to his children, my deceased brother Michael's children and my children. Anthony always puts his family's needs, wants and desires before his. After being rightfully stripped of his legal practice, Anthony and our mother ventured into the restaurant business where it thrives as a focal point of Purchase, NY and surrounding communities. Anthony is also philanthropic having made donations to fight cerebral palsy and Alzheimer's. He is also an active supporter of the arts program at SUNY Purchase.

When Anthony is not working the extremely long hours at the family restaurant, he is coaching his                      baseball team. This requires a level of commitment, time and energy to not only teach the mechanics of the game but to instill confidence, hard work and good sportsmanship to young men so that they will be ready to take on challenges life hands them and conduct themselves appropriately when faced with difficult situations.

Finally, as Anthony's brother, I am respectfully asking you to consider probation for the crime that Anthony has committed. Incarcerating him will not teach him any lesson he doesn't know already based on what he has done with respect to this case. He has truly atoned for his actions and would like to put this unfortunate part of his life behind him. His community needs him to continue his philanthropic work. More importantly, his family and his children depend on his ability to be a productive citizen, father and husband.

Respectfully yours,

Frank J. Mangone

Exhibit D-5

November 3, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is Christine Mangone and I am Anthony Mangone's sister in law who is married to Frank
Mangone, Anthony's brother. I first met Anthony in September 1993.

Anthony is a caring person who always puts his family first. He is very generous and is always willing to
lend a hand to someone who is in need. My two daughters and I can count on him for anything. I can
pick up the phone at any time and he would be there for me and my daughters. He is the godfather to
my _____. She idolizes him and listens to every word of encouragement he provides
her. He is a wonderful Uncle to both of my daughters. He has given them words of wisdom to last a
lifetime. They respect him and need him to be present in their lives.

Holidays and family time are extremely important. Anthony always makes that a priority. He wanted to
make sure everyone had what they needed; everyone received a Christmas gift at Christmas time. Those
are characteristics of a caring and generous family man who does so much for his family.

I was made aware of the circumstances with Anthony about seven years ago. We have had many
discussions about the situation at hand and he is completely aware of what he has done wrong and he
has learned from his mistakes. Anthony has reflected on his wrong doings and wants to go forward with
his life. He has put all his efforts in running a successful restaurant business and is doing that with
excellence.

I do not think society would benefit by sending Anthony to prison. It would be detrimental to him and
our entire family. We need Anthony home to continue being the best uncle, godfather and brother in
law we all count on, respect, admire and love.

Respectfully yours,

Christine Mangone
Christine Mangone

Exhibit D-6

November 3, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is George W. Meinel; I am the Vice President and General Manager of
A and J Cianciulli. We are a local crane rental corporation operating in Westchester, Putnam
and Dutchess Counties.

I feel, along with my wife Donna, compelled to write this letter on behalf of Anthony
Mangone. I first met Anthony when my daughter became engaged to his brother Frank
Mangone. We have always known Anthony to be a kind and generous person. We have
beautiful memories of family vacations and many barbeques at his home and mine. Anthony is
a warm and loving person whose commitment to his family is undeniable.

I acknowledge Anthony's poor decisions. He has always been open and honest with us.
We strongly believe that Anthony is remorseful and if given the opportunity he would
absolutely rectify the choices he made.

Anthony has worked very hard to better himself and become an integral part of the
community. He currently manages a successful restaurant business and volunteers his time to
support other local businesses.

We feel that serving prison time would be detrimental to the progress Anthony has made.
Thank you for your time.

Respectfully yours,

George and Donna Meinel

Exhibit D-7

James Meinel

November 2, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Court House
500 Pearl Street
Courtroom 17 C
New York, NY 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I am a relative of Anthony Mangone. I have known him for the past 20 years. I feel he is a good person. He has been very generous and kind to me and my family.

I feel that Anthony knows he has done wrong and regrets doing what he has done. He has been moving forward with his life during the sentencing process.

I do not think society would benefit from sending Anthony to prison. A prison sentence would be detrimental to his family.

Respectfully yours,

James Meinel

Exhibit D-8

Honorable Colleen McMahon
United States District Court Judge

Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

Re: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I am writing this letter on behalf of Anthony Mangone. I have known Anthony as a member of my family for over 20 years. Anthony's brother is married to my sister. Anthony and I get to share the joy of being godparents together to their first born daughter.

Anthony, from our very first introduction, has always been genuine and welcoming to my family. He is kind and considerate. His love and devotion to his family, as well as mine, is immeasurable. He is dedicated to his wife and his children. always enjoys playing catch and baseball with Anthony and his son at our Sunday family dinners. He values family time and always makes sure to stay connected to us all.

I am fully aware of Anthony's past choices. He has always been honest and forthcoming with his predicament and I feel, is truly remorseful. As an educator, I find so much value in teaching lessons, especially life lessons, which are usually the hardest to teach. I believe Anthony made a mistake, he used poor judgement but I also believe he absolutely knows it was wrong and has spent much of his time in recent years, trying to strengthen his citizenship. He manages a successful business, volunteers his time and he has moved forward with his life. Anthony has learned a big life lesson and I feel it has changed him for the better. I am not quite sure how society would benefit from Anthony being incarcerated. He has an amazing character and a huge heart. I value him, so does his family and his young children. As I stated above, I believe that Anthony has improved himself as a positive member of the community and prison time would be detrimental to the wonderful progress he has made.

I thank you for your time.

Respectfully yours,

Julie Bucei

Exhibit D-9

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I am writing this letter on behalf of Anthony Mangone as I have known him for 20 years
my sister is married to his older brother Frank. I have had a unique opportunity to see
him interact with his family but with mine as well. Anthony is a devoted husband and
father and has always been generous to me and my family.

Understanding he has obviously made some regrettable decisions that have put him in
this predicament I look towards you to have leniency as I have been able to see him
change before my eyes. I have watched as Anthony priorities have shifted from his
career to his family which has allowed him focus being a role model for his children and
an active member of his community. I believe taking him out of his environment would
undermine all that Anthony has worked toward.

Respectfully yours,

Marissa Fiordimalva

Marissa Fiordimalva

Exhibit D-10

Christine Bavaro

November 5, 2015

Honorable Collen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon:

I am Anthony Mangone's first cousin. We are only two weeks apart and have grown up very closely during our childhood. Through the years, we have celebrated many birthdays, holidays and weddings together. Anthony and I were always very close. He treated me like a sister rather than a cousin. Since he did not have a sister of his own, he was always very protective of me. I always knew I could count on him for support or call him if I needed a favor.

Our entire family was so upset to hear of the trouble Anthony had gotten into. I have spoken to him personally about the charges and I know that he is truly sorry for his actions. He was very concerned about protecting his wife and children and making sure that they do not suffer on his behalf. He has taken responsibility for his actions and turned his life around.

Anthony has always been a family man. Anthony and his wife, Donna have hosted many holidays at their house over the years. The holidays were always such a fun time at Anthony's house. There was always plenty of food and great laughs. Anthony would always make sure that he extended the invitation to friends and extended family members too. There were also several family trips that Anthony took part in organizing when the family grew too large to accommodate at his house. Family was always a priority for Anthony. He is an extremely generous person and would go above and beyond for anyone he knew.

Anthony has been a coach for his children's sports teams and would beam with pride when he watched them play. He would let us know where his son's baseball games were and we would go watch him play. Seeing him coach his son and the other boys was amazing. He had a great relationship with all of the boys and their families.

Anthony knows that he has made mistakes and has taken ownership for his actions. I believe that he has learned from his mistakes and worked hard to become a better person. He remains a loyal and dedicated husband and father. He continues to spend time with his family and create lasting memories for his children. He has been a wonderful son, brother, uncle and cousin. He has done a lot to support his community with his charitable contributions.

I do not believe that society would benefit from sending Anthony to prison. I feel that he regrets doing what he did and has made great strides in turning his life around. If he were to go to prison, it would be devastating for his entire family. Not only would it impact his wife and children, it would devastate his parents. His parents lost their youngest son several years ago and have endured more grief than any parent should experience. I feel that Anthony would strive to be a better person and work hard to make his parents proud if he is given the chance.

Respectfully yours,

Christine Bavaro

Exhibit D-11

November 4, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Court Room 17C
New York, New York 10007-1312

      RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I am writing on behalf of my nephew, Anthony Mangone, seeking the Court's leniency in regards to his sentencing.  I know Anthony is remorseful for the mistakes he has made, not only because of the potential consequences that he may face but because he set a bad example for his children,                 I have been close to Anthony his whole life and he and my sons have been best friends throughout their lives.

Anthony is a family man that has hosted holidays for his and his extended family members. His house was an open door to those in need. The love he had for his Grandmothers was beyond anyone could imagine. He helped them any way he could, including financially and take them on vacations but most of all he would make them laugh and smile. He worships his mom and dad and has done the same for them. But most of all Anthony takes care of his wife and children. They are everything to him. He provides a great education for his children, does homework with them and teaches them to respect those around him.  Anthony is trying his very best to make a better for the future of his family.

The Anthony you should consider when sentencing is someone that has made a huge mistake, however, he is not a threat to society. He is a good man that made poor decisions. But most of all he is someone that understands he made those bad decisions and is remorseful. He is a great husband, father, son, nephew, etc. I kindly ask that Anthony is shown leniency by the Court.

Respectfully yours,

*Frank Frasca*

Frank Frasca

Exhibit D-12

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

Forty-two years ago Anthony became part of my life.  He is my nephew and my
Godson.  He was always very close to my heart, and I felt like our family had another
son.

Anthony and my son Chris were always together growing up, so he spent a lot of time at
my house.

As he grew up he developed into a fine young man, always respectable and caring for
others, always trying to help others when in need.

Even though Anthony has committed some wrongful things he continues to shine in my
eyes.

Anthony loves his family very much, especially caring so much for his mother and
father, always making sure they are doing okay.

I love my nephew very much and hope that you will see beyond his guilt and see what a
generous loving person he is.

Sincerely,

Carol Frasca

Carol Frasca

Exhibit D-13

# Christopher A. Frasca

October 28, 2015

**<u>VIA HAND DELIVERY</u>**

Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 17C
New York, New York 10007

Re:   <u>United States of America v. Anthony J. Mangone</u>

Dear Judge McMahon:

My name is Christopher Frasca and I am Anthony's first cousin. I am currently employed as a litigation case manager for a civil litigation law firm, Condon & Forsyth, LLP, located in New York, New York, and have been at the firm for over 8 years. Anthony and I are related through our parents. My mother and his father are siblings and his parents are my Godparents and vice versa. Our families have been very close throughout our entire lives sharing birthdays, holidays, Sunday dinners and numerous general get-togethers throughout the years. Anthony and I are like brothers and we know pretty much everything there is to know about each other. We have spent countless hours discussing the crimes he committed and how his bad decisions destroyed his career, family and his standing in society. There is no doubt in my mind or his that what he did was wrong and he has already paid an enormous price as a result of his careless actions.

Since Anthony's indictment, it has been a trying time for him and his family and remains so to this day to say the least. He was shamed publicly and his ability to earn was severely diminished as he became a pariah to clients and business associates thus resulting in an empty income stream. I moved into his home and stayed with his family from February 2010 through June 2014 to provide emotional and financial support during that difficult period of time. These are not times I look back upon and smile about that's for sure. I saw a man who was brimming with confidence his entire life be reduced to a shell of himself. He always tried to stand strong but buckled more times than anyone knows. I am not proud to say that I saw my cousin at the lowest point of his life. This ordeal has affected his wife and children in ways you cannot imagine. I saw a once happy and loving family be ripped apart from the stress of this situation which practically destroyed them all. I spent countless hours talking with Anthony during this period of

Honorable Colleen McMahon
October 28, 2015
Page 2

time as we were always together. When Anthony opened the restaurant, I was at the bar so often people there thought I was a stool. The reason I was there as often as I was, was out of concern for his well being and to be there if he needed anything, whether it be to vent about something or to give him a well-needed laugh by imitating my mother's voice when she used to yell at my father, which is something he always got a kick out of. The period of time that I lived at Anthony's home contained a few additional losses with his younger brother, Michael, tragically dying in a car accident leaving behind a wife and three small children and his Grandmother Nancy passing shortly thereafter. The sad part is that Anthony was already so broken at the time when they both passed in 2011 that he never had a proper grieving period for two people in his life he deeply loved. I often compared Anthony at that time to a sick tree in the woods with no leaves; dead inside but still standing.

I recall asking Anthony why he committed the illegal acts for which he pleaded guilty for and he always said he didn't want to disappoint anyone or tell a client no. Anthony would do whatever he had to do to get the job done, which unfortunately included breaking the law.

One thing you should know about Anthony is that he was the bread-winner in the family, not just his immediate family but in our extended family as well. Everyone would call Anthony for legal advise or general advice or financial support. We would laugh that his success was a blessing and a curse. As a sign of his vast generosity, Anthony would host many family holidays consisting of 40-50 people year after year because he knew many family members didn't have the space and/or financial means to handle such an obligation. It's an understatement to say that family is very important to Anthony and he wanted the family together for the holidays. I also feel that because he was the most successful person in the family he felt an obligation to bear the burden for the family which says something about him. As a host, he would go above and beyond and always made everyone feel at home.

I can say without a shadow of a doubt that Anthony knows what he did was wrong and if he could go back in time and make better decisions he would. I'm sure anyone facing jail time feels the same way. Anthony and his wife and kids and extended family have suffered tremendously as a result of this situation and, by being a first hand witness to the devastation he caused, I can say that I wouldn't wish what they've gone through on my worst enemy. I am proud of my cousin that he took responsibility for his actions as he pleaded guilty and cooperated with the Government which helped put away powerful corrupt men. I think most people would agree that without Anthony's cooperation those men would not have been indicted let alone found guilty or pleaded guilty to their crimes.

I kindly ask that you take into consideration what a great family man Anthony is and how he has helped so many people in his life. He should not be defined by the dumb and selfish mistakes he

Honorable Colleen McMahon
October 28, 2015
Page 3

made, however, those mistakes will serve as a learning experience as he continues to better himself going forward. Not only does his family depend on him, but he now has approximately 20 employees that he is responsible for at the restaurant that could be in danger of losing their jobs if he were to go away to jail. That is a very real possibility as Anthony is the engine that makes that restaurant run and without him it would be in dire straights. I speak from experience knowing that when Anthony neglected the restaurant for a period of time in 2013 to focus on other potential business ventures it did not go well as he lost 25% of his business and the restaurant was on the verge of closing due to the inability of the staff to hold down the fort in his absence. Through his hard work and dedication he thankfully brought the restaurant back to where it was.

As a result of his crimes, Anthony has already lost his law license, his business, friends, clients, and business associates as well as being stripped of his pride and confidence and ability to take care of the people he loves. The only things keeping him going are his wife and children whom he loves and knows he needs to provide for. If Anthony is sent away, he will not be able to provide for his family which will have a lasting affect on his wife and children. Accordingly, I kindly ask that you show mercy on Anthony, his wife, Donna,
, and give Anthony probation as opposed to sentencing him to jail time, which would destroy the new life he has worked so hard to make for his family. I love Anthony, Donna, more than you can imagine and I feel that they've been through enough.

Thank you for taking the time to read this letter.

Sincerely yours,

Christopher Frasca

# Exhibit D-14

Gregory Frasca

Honorable Colleen McMahon

United States District Court Judge

Daniel Patrick Moynihan Federal Courthouse

500 Pearl Street

Courtroom 17C

New York, New York 10007-1312

**RE: United States of America vs. Anthony Mangone**

Dear Judge McMahon,

I am writing this letter on behalf of my first cousin Anthony Mangone. I have known Anthony my whole life of 39 years. My family and his family are very close and Anthony is like a brother to me. We have gone on family vacations together, celebrated many birthdays and holidays, and family events. I have been there for the birthdays, baptisms, and communions of his children. I have seen how his mistakes have destroyed his career and his personal life.

I understand the crimes he has committed and we have spoken about them numerous times. Anthony has expressed remorse and regret in these conversations. He has realized what he has done was wrong and has paid for this by losing his law license and friends over these matters.

Anthony has been a great father and husband to his wife Donna ?                              . He is very involved in his kids' lives. I have been to many of the baseball games he has coached for his son and been to the soccer games for                    He is very patient and loving with his kids, always trying to show them the right way to do things.

I have never come across a more generous person in my life. Anthony and Donna's house are always open to anyone, whether it's for the holidays or just to stop in and say hello. Anytime, I have ever needed help Anthony would always be there for me if needed. Whether it was advice or feedback, I know I can always ask him. I had lived with Donna and Anthony from March 2011-February 2013 during

some of his roughest times.  To show how caring he is, I had met my future wife during that time, and after several months I had asked Donna and Anthony if it would be a problem if she could move in and with no hesitation, they said yes and welcomed her with open arms.  They knew we were planning on getting our own place and said we could stay as long as we needed.


I believe Anthony has moved forward with his life and family. He now has a successful restaurant and spends his time focusing on the business and providing for his family.  I would hope that he is given probation and not a prison sentence.  Having him be away from his children would not be a benefit to anybody.  He has worked very hard to establish a new life.


Respectfully,

Gregory Frasca

Exhibit D-15

Frank & Eileen Frasca

October 23, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

Anthony Mangone is scheduled to face sentencing in early December. We are writing to you because Anthony is not only our beloved cousin, but he is also a dear friend and more importantly, an extraordinary man. It is our hope that this letter will help illustrate his respectable traits in an attempt to have you consider this in the charges he is facing.

Anthony is the epitome of family and giving. He is loyal and trustworthy. He has the biggest heart you can imagine, going out of his way to help those less fortunate than he is. It sounds cliché but Anthony really would give you "the shirt off his back". We have a large extended family; Anthony and his wife Donna are the glue that holds us all together. By hosting Holiday Dinners and frequent get-togethers, it is clear that family means more to them than anything else. Family is Anthony's reason for being. There is nothing more important.

Anthony is a charitable man who generously donates to countless causes that are significant to him, most recently the Avon Breast Cancer Awareness walk in his neighborhood. These contributions go beyond the monetary and involve his time and personal involvement. He is an active member of his community, including the coaching of his son's baseball team. Anthony is also quite sincere. Because he is so genuine, when meeting him for the first time, many feel they have known him for a lifetime.

While we don't know the details of the charges against him, we do understand his guilty plea to bribery and other related offenses. In conversations with him, we know he has taken full responsibility for his actions and has done a lot of self-reflecting during this time. Anthony is a good man. He has acknowledged his wrongdoings and regrets his actions. While waiting for his sentencing, he has experienced great embarrassment as this situation does not mirror the person he really is. Brought up in the Catholic Church, we believe in a good Act of Contrition. We know Anthony is truly remorseful for what he was involved in. A prison sentence would be damaging to our family and community. Anthony is an upstanding citizen of our country, and sending him to prison will be detrimental to us. We are most concerned how such a sentence will affect                          Being such a huge influence in their lives, we worry they will be negatively impacted by such a sentence.

Thank You, Your Honor, for your time and consideration.
Respectfully Yours,

Frank & Eileen Frasca

# Exhibit D-16

October 29, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, NY 10007

Dear Judge McMahon,

My name is MaryAnn Tortorella. I am Anthony Mangone's mother in law. I have known Anthony for 23 years, ever since he started dating my daughter. They were both in their first years of college and when I got to know Anthony, I admired his strong work ethic and how driven he was to become a Lawyer. I have witnessed first-hand how hard he worked to achieve his goals and dream. When Anthony was finishing his first year of college, his parents experienced a setback. They could not afford to send him to college when he was entering his second year. Anthony never gave up or lost sight of his dream. He found a full time job to save money to go back to college. He enrolled at a State University because it was more affordable, and he worked effortlessly to catch up with his studies so he can graduate on time. He always stayed positive through his studies and was always the first one to help someone in need. It was one of the happiest moments for both our families, when Anthony received his acceptance at St. John's School of Law. My daughter, Donna, and Anthony got engaged shortly after attending law school and both of our family's felt truly blessed to become one.

Anthony became a wonderful husband and father. I see how my daughter and Anthony have grown together as best friends and they work effortlessly to teach their children how to be the best they can be. Anthony was so proud to share stories with his children of all the hard work he put into become a successful lawyer. My family and Anthony's family come from similar modest backgrounds, so having a lawyer in the family makes us all proud.

Now Anthony has another story to share with his children. He made a big mistake in his life. A mistake that took away everything he has worked hard for. I know how devastated he was when he lost his privilege to practice law. He truly loved his career and went above and beyond for all his clients. I have spoken with my son in law many times and he is truly aware of his poor judgement and has tried to make it right ever since. He made sure he cooperated with the prosecution and helped them in two corruption cases. For the last five years while waiting for his sentencing he has been selfless and supportive to my daughter and my grandchildren. While he must suffer inside, with all the loss he has endured, he still remains focused on keeping a healthy and loving environment for his wife and children.

Anthony has spoken to his                    about the mistake he has made. And hopes that his son will         . understand, from firsthand experience, how poor judgement can affect you forever. I know how this kills Anthony and he feels he let everyone down. But I am so proud of Anthony and how he has moved forward in being a better person. I know my grandson will learn from this and I know my grandson is proud how his father has dealt with this hardship. Anthony has been a role model to his son and I think he has inspired all of us in our family.

I ask you to please consider all of the good Anthony has done to be helpful to the prosecution and consider probation as your sentence. Anthony has suffered so much loss already and a prison sentence will just make his family suffer more. I know Anthony has taken full responsibility in his actions and he deserves to move forward with his family.

Thank you for reading my letter.

Yours truly,

MaryAnn Tortorella

Exhibit D-17

November 7, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is Debbie Kayal, sister-in-law to Anthony Mangone.  I am writing this letter to
introduce myself and to express my concern for Anthony and his family in his upcoming
sentencing.  I have known Anthony for over 30 years.  He met my sister while they were
attending High School and have been together ever since.  I've watched Anthony grow
from a responsible young man into a brilliant and respectful man. Our life experiences
over these years together have shown me how generous and companionate of a person
he is.

I understand the severity of trouble Anthony faces for the poor decisions and actions he
has made. I know the consequences that he faces but there is not a day that goes by
that he doesn't punish himself. His young children have been exposed to shame and
dishonesty which he will never forgive himself for.  And now he lives, figuratively
speaking, with a cancer with no cure. We have spoken on many occasions of how he
feels.  He has not only shamed his family but how this has changed the lives of his kids.

What Anthony has done is so out of character.  He was always the most honest and
helpful person.  As a teenager he was respectful and witty, as young adult he was
focused and driven, as a lawyer he was hard working and devoted.  I truly feel he came
across very bad influential people which lead him to the mistakes he has made.

These past few years Anthony has lost his grandmother, his brother, his career, the
respect from his peers and many uncompassionate friends.  He has struggled to get
work just to keep his family a float. He regrets the dark days of his past but has moved
forward to do the right thing and at the best of his ability correct his wrongs.

I am concerned if Anthony gets anything more than probation, the mental health of his
mother, who has recently lost both her youngest son and her mother in these past few
years, will deteriorate. I appreciate and thank you for your time and consideration to our
desperate plea for leniency when sentencing.


Respectfully yours,

Debbie Kayal

Exhibit D-18

November 7, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is _____ I am an eleventh grade student at Yorktown High School.  I am writing this to you in support of my uncle Anthony Mangone.  As most teenagers, I had my share of mistakes that got me in trouble.  My uncle Anthony was always there for me to talk to and give me sound advice.  I look up to my uncle and he genuinely cares for me and is my biggest advocate to do well in school and prepare for college.  A few things that I had learned from my uncle Anthony with some of the mistakes I have made, is you need to take responsibility of your actions and learn from your mistakes.  Most importantly, I've learned that you also need a solid family and support group to make sure you continue to stay on the right path. My family and I will be that support group for my uncle Anthony as he is with all of us through good and bad times.  There is something you don't know about my uncle, and that is that he is the most generous and goodhearted man that you would ever meet. He has taught me to be a responsible and educated adult.  He is an inspiration to me and I hope he will always be there for me.

I respectively request that you consider the detrimental effects to our entire family if he were to serve any type of sentence that kept him away from his family.  I am sure many letters may come across your desk in this case but it would be with great disappointment to know that you wouldn't consider the effects of your decision if you didn't hear our cries. I ask that you please consider giving my uncle a lesser sentence for the sake of my family.

Respectively yours.

Exhibit D-19

Oct.28, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

Dear Honorable Judge McMahon,

I feel compelled to write a letter regarding my cousin Donna's husband, Anthony Mangone. I have known Anthony for over 20 years and have been in his presence on many happy and also on occasions of heart ache and sadness. I have observed and recognized his optimistic attitude and sensible judgement. I have seen Anthony with his family and friends over the years. I know his character and generosity up close and personal and it is something that can not be insincere.

My mother, having been in a nursing home and no longer in good health, was taken to visit Anthony and his family several times. She was always greeted with a warm and loving atmosphere in his home. Not many men would have even participated in those delicate visits with an old and feeble woman. For that reason alone, I will always be grateful. That's where the real substance a person is made of, springs forth when no one is watching.

He showed concern and regard for my own immediate family, and has gone out of his way to always make us feel welcome and appreciated. Even at his restaurant, it was like visiting him in his home. So many of our cousins gather there regularly. It isn't only for the excellent food but it is for Anthony himself and his spirit and appreciation for family.

He was so generous and kind in his service to me and my colleagues, the White Plains Retired Teachers, that we always have our luncheons in his restaurant and so many teachers have returned there due to the ambiance, comfort and warmth that Anthony exudes, even in his place of business. He always goes above and beyond even when he has nothing to gain.

We all understand the trouble he is facing and his lack of judgement at that time of his decision. Most importantly, Anthony understands and regrets his choices. This I know for sure. I also know that there are many decisions we all have made and regret at some time or other. I certainly have a list of them that I have made.

However, I see Anthony as a perfect illustration of someone who has amended and learned from his mistakes even before being sentenced. Just awaiting this sentencing has been so difficult and heavy that I cannot even fathom how he has been capable of enjoying his children, spending time coaching them in sports and in general staying the course, providing for them and moving along life's path with hopefulness and grace.

One only needs to observe his children around him to realize that this is what a father in a family means.  In that regard, I must say that, with all due respect, what purpose does it serve for Anthony to serve a prison sentence on top of all this anguish and pain he has endured?  How will this impact his children at this most vulnerable time in their lives?  How will this benefit society in general – to incarcerate a father that has seen the errors of his ways and already made a new path for himself?

As a high school teacher, I know the damage and have seen firsthand, what it does to young people when their family is impacted. I have seen up close and personal, how that affects society and we all know it's not a pretty picture by any stretch of the imagination.  Ask any educator and they will attest to the importance of family and not only a father who is a good role model but a mother who is not stressed and overcome by the circumstances that have forced her to be a single mom.

Anthony knows he was wrong and I do believe, with every fiber of my being, that justice has been served already and he has become a different person since that time of his unfortunate and bad decisions.  Isn't this the perfect time for probation rather than imprisonment?  Isn't that what our system is all about – rehabilitating those who have gone astray?  If it has already been achieved in this case, as I think you will see, what would be the purpose of more punishment?

In closing, I just want to say that Anthony Mangone has cooperated, as you know, and accepted responsibility for himself and it would be a dreadful injustice to overlook this. I still have the same loving opinion of Anthony as I had before his mistakes. He is not just my cousin's husband.  He is my cousin and in spite of his wrongdoing, which was grievous, I am very proud of him and the man he has become. He is a loving, intelligent and special person who can give more to his family and society if given the chance to continue with his life's journey that he has amended for himself and his family and friends.

Thank you for listening, Judge. I feel confident that you will take all of this into consideration and remember that this is a person's life, not an example or a statistic.  And in fact, Anthony is a person worth saving and knowing.  If you would like to contact me at any point, please feel free.


Sincerely,

Elaine Norelli

Exhibit D-20

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is Robbin Tomei-Caton. I am related to Anthony
Mangone by marriage to his wife, Donna my first cousin. I have
known Anthony for 22 years. Anthony has always been an
inspiration to me. I could remember when he was studying for his
bar exam and how determined and responsible he was for a young
man. While everyone at his age would go out partying, he was
home with his head in the books studying. He always had me think
he was a lot older then he really was because of his maturity. I
saw a drive of compassion for his job and wanting to do better for
himself at such a young age. I knew when my cousin met him, he
would be the one. Our family loved him. Watching Anthony and
my cousin grow together was beautiful. Having their first child,
          and still continuing to study and work hard giving his
family the very best.

We have not spoke in details about this conviction. I felt it hard
enough when turning on the news or opening up the newspaper
and seeing his life unraveling fast was hard enough to digest. This
has all been a nightmare for him and our family. I do know he is
the type of person who will take full responsibility for all of his
actions. Over the past couple of years, I have seen him at his
lowest with lots of worries, stress, and sadness on his face. Losing
his younger brother in a car accident also weighing him down was

the last straw for anyone in this predicament.  Being a fighter, Anthony had to stay strong for his family and parents.  It did not shock me in anyway how he has already rebuilt his life to provide for his family, as always his first priority.  Anthony is a genuine person that has a passion to help and serve others. He always puts everyone else's needs and struggles before his own.  He truly is a good guy with a heart of gold, always there when you need him.  He truly has grown into a wonderful husband and

I humbly ask you to please give him an opportunity to set his life back on track and not let a bad decision alter his life and family life's direction.  I feel he has suffered for the past few years waiting trial and loosing his law license and having to rebuild his life all over again has been punishment on its own.

Respectfully yours,

Robbin Tomei Caton

Exhibit E

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

**RE: United States of America vs. Anthony Mangone**

Dear Judge McMahon,

I have known Anthony for 37 years.  We met in September of 1978 as we began kindergarten together at St. Eugene's School in Yonkers, and we have been friends ever since. From the moment I met Anthony, he always treated me as a little sister – quite protective of me, along with the brotherly teasing and pestering.  As the years have passed, I have seen that protective quality of Anthony's translate to a husband and a father.  Anthony's goal was always to provide a good life for his family, and be able to give them some extras that he may not have had when he was growing up.

Although I am aware of what has been written and broadcasted in the news, I have never spoken to Anthony about his situation or the cases he has been involved in.  According to what I have learned through the news, I do not condone his actions.

However, taking into consideration the fact that he has freely provided information to the government in several cases they are trying in the court system, has already been stripped of his law license, and has had to struggle to find another way to provide for his family, I believe Anthony has already been paying restitution for his actions.   Without being able to practice law, a career that he truly loved, he has been forced to find another means of providing for his family, which he has done through now managing his mother's restaurant.  By continuing to restructure his life, he continues to make amends for his actions, while trying earnestly to put himself on the right path – a path that he can be proud of when speaking to his family and friends, but mostly importantly being proud of himself.

As Anthony has been on the right path and focusing on correcting his wrongs, it would provide no one of any benefit if he were to serve time in prison.  Not only would his family continue to suffer for his misdeeds, but the state would then be responsible for shouldering the burden of taking care of him, when he could be giving back to society through his taxes, as well as being a productive member of society.

Sincerely,

Nicole Alpino-Falco

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I first met Anthony in September 1978. I was walking my daughter, Nicole, to her first day of kindergarten at St. Eugene's Catholic School in Yonkers. Anthony was walking with his mom, Marie, to the same class at the same school - and ever so naturally, we walked together and a great friendship developed.

Anthony became a big brother to Nicole. He was always so caring, so kind and so protective of Nicole. He was always there for her when she needed a friend and has remained so to this day.

Loving, respectful, caring, kind, protective, helpful,  - these are only some of the traits that describe the man that Anthony has become. He was brought up by two wonderful parents who instilled strong Christian values in Anthony and his two brothers, Frank and Michael.

Although I have not discussed Anthony's situation with him, I am sure that he truly regrets his mistakes.

During the period awaiting his sentencing, Anthony has worked tirelessly to provide a secure, loving and uninterrupted life for his family.

To provide a wholesome life for his beloved family, Anthony's plans for his future with his wife, Donna, his                                             will continue to go forward.

Incarceration in Anthony's case would not benefit society and it would be devastating to his loving family.  Anthony has been severely punished by

being disbarred and, consequently being unable to practice the profession that he so dearly loves.

Respectfully yours,

Mary Jane and Nicholas Alpino

Exhibit F

# DONNA THOMAS

November 8, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
Courtroom 17c New York, New York 10007-1312

Dear Judge McMahon ,

Thank you for giving me the opportunity to write a letter for Anthony Mangone. I have known Anthony and his family since Anthony was a small boy. I was once the Mangone brothers babysitter. I have always maintain a close relationship with Anthony and his family. I have been present for all the wonderful things he has achieved in his life. His marriage to his loving wife Donna, His graduation from law school, the purchase of his first home, and the birth of his two beautiful children Anthony and Ava.

I believe Anthony and I remain friends due to our religious beliefs. We both attend Catholic schools and even as adults continue to attend Mass. Through the years we had many conversations with regards to Church and family. We both believed that we wanted our children to grow up in the church. We wanted to make sure they had faith in God.

I have always had respect for Anthony for being so generous. He was always there to help out when needed, you never had to ask. My husband was in a terrible accident years back and Anthony and his wife Donna were there to help me. They showed such love and concern. Anthony was always there to listen and lend advice. He always had words of encouragement . Anthony has always been a positive role model for my children. He always encourage them to be themselves and work hard. He always remind them that through hard work they can accomplish anything.

Anthony and Donna are very loving parents. Anthony is very involved in their day to day happenings. His children look for his guidance. He constantly worries about them and his wife Donna.

I must say when I received a call from Anthony with regards to situation I was quite shocked. I know Anthony as a friend, caring father and a loving husband and son. Until this issue I have never spoke to Anthony about his business dealings. It may sound ignorant but I knew he went to work everyday in his law firm and that was the scope of it.  I was sadden by his choices and what this was doing to his family. I was disappointed in his actions. I felt this was out of character for him. I wonder why . I listen as he told me how sorry he was for his actions. He knew the pain he is putting his family was by his own hand. He was scared for his family's future. We talked about him doing some real soul searching and going back to basic's. What is really important in life. He needed to lean on his faith and his family. I wanted him to reflect on his actions and learn. Sometimes forgiveness is hard to give to your self. I know Anthony struggles with this.

I have seen Anthony in the last couple of years has really tried to make some positive changes. Though I do not condone what Anthony has done I do believe in second chances and forgiveness. I know Anthony is needed in his family and extended family. He is involved in the community and could be used as a resource.

I hope you will consider allowing Anthony to remain the community. He is needed by his family. I feel he could better serve society by giving back. With his knowledge he could help others. I would hope that maybe something good could come out of this terrible mess.

Thank you again for this opportunity to write this letter on Anthony's behalf.

Sincerely,

Donna Thomas

Exhibit G

February 10, 2011

Honorary Colleen McMahon               Honorary Kenneth Karas
United States District Court           United States District Court
Southern District of New York          Southern District of New York
500 Pearl Street                       300 Quarropas Street
New York, NY 10007                     White Plains, NY 10601

RE:      ANTHONY MANGONE

Dear Honorable Judges:

I was asked to write a letter on behalf of Anthony Mangone, friend and trusted attorney
for my troubled 21 year old son.   I am a 45 year old professional woman, wife and
mother of four children living in Orange County NY for the past 19 years.    My
                                    ,. Anthony was introduced to me at one of my lowest
moments in my life to represent                            .

In the five years I have known Anthony and he has represented my son in (      , he
demonstrated compassion, professionalism and a keen sense of ability in understanding
my son's needs as well as my own needs as a mother.   He sought to find fair and
reasonable programs to assist in the legal representation of my son.  For every sentencing
and treatment of my son, he unfortunately                                 and for
every time,  I retained Anthony for representation, Anthony never placed a personal
opinion of my son's downfall nor judged him, but once again strived to find the best and
most reasonable sentencing  for my son's actions.    Anthony showed compassion and
disappointment in my son's poor choices, but still never gave up the belief that my son
would one day utilize the programs offered to him in becoming a contributing law
abiding citizen and straighten his life out.    I believe that poor judgments and mistakes
can be made but with each individual, reform can be gained.   Anthony's character from
what I have experienced and had the privilege to have in our lives is one of honesty,
integrity and hope.   I am in disbelief that Anthony made the poor choices he made, but
also believe, knowing how he was with my son, that the choices he made were not the
Anthony that I know.

In the sentencing and deliberation of Anthony Mangone, please take into consideration
that up until the poor choices he took, he was and continues to be a devoted husband,
father  and  friend, in  my  opinion     The  remorse  and  shame  he  must  feel  is
incomprehensible to me as I saw him as a solid and upstanding citizen, devoted attorney
who sought justice and fairness for both my son and the judicial system.     I consider
Anthony to be a "savior" in the time of my life when I had lost hope for my son.  I am
dismayed at the involvement Anthony is now faced with, considering that the person I

knew and genuinely respected is not one of greed, selflessness and deceit.    I cannot express time and again how he represented the exact opposite to my family and I.

I would like to respectfully thank you for reading my letter and taking into consideration, my opinion and heartfelt sentiments of Anthony Mangone.   In my family, that man has helped us through a very difficult and tumultuous time for our oldest son and only with Anthony's dedication was our son able to get the help he needed and a fair sentence and penalty that he is currently serving.   Please consider that Anthony is a man who made wrong decisions, but is not of "criminal mind" and any consideration and compassion you would take on his behalf would be greatly appreciated by me and my family.

Respectfully yours,

MARY JANE BALLINGER

# Donna Materasso

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

The Honorable Judge McMahon,

My name is Donna Materasso, I live in Pelham with my husband Michael and 2 children, Michael (28) and Jodianne (26). We built a 2-family home 32 ago to enable my mother Josephine Labruzzo, almost 80 years old, to live with us.

On February 16, 2006, my son Michael was arrested. My family and I were devastated and began to interview attorneys to represent Michael. Anthony Mangone's firm was our third appointment. As we sat before a table of attorneys, I felt an immediate sense of empathy from Mr. Mangone. As we were leaving Mr. Mangone spoke to me privately and said "you remind me of my mom, she too adores her children and would stop at nothing to help them". I knew he felt my pain. My family all felt the same and we quickly hired the law firm of Santangelo and Mangone to represent Michael. Our client/attorney relationship lasted about 2 years. During that time I was amazed by the many phone calls I would receive from Mr. Mangone. At times to update of me of Michael's case, but many time the calls were just to see how my family and I were managing. I worried I called him too much, sometimes just to cry, but I never felt as I was a burden and when Mr. Mangone was not available when I called I would always receive a return call the same day. He assured me many times that he is available for me anytime, even if I just need to talk. Mr. Mangone went above and beyond what I ever expected from an attorney.

I would like to mention at this time that I own my own real estate business and deal with attorneys constantly. To this day I have not met an attorney with the compassion and kindness of Mr. Mangone.

I was shocked when I heard of Mr. Mangone's arrest. How can a man who so adores his family and is so respected make such a poor decision?

I cannot stop thinking how this man, who was an absolute strange to me before 2006, is now a friend who believed in my son and helped to make my family whole again.

I met Anthony and his wife one night unexpectedly while I was at dinner with my husband. I knew of his situation and quietly said "I have thanked you repeatedly for helping my son and if there is anything I can do to help you, please call me anytime.

Mr. Mangone looked at me and said how different I look from the first time we met, and seeing me smile gives him hope that his mom will also manage through a difficult time. This was not the first time he spoke to me about his mother, showing how he always has puts his family first. Mr. Mangone knows he was wrong and made an inexcusable decision. He has suffered great embarrassment and humiliation among his family and friends.

Mr. Mangone's life and that of his families are in your hands.

I ask your honor to be compassionate when deciding Anthony Mangone's sentence. This man gave so much of his time to help others and I hope you will take that into consideration when deciding his fate.

Respectfully yours,

Donna Materasso

Exhibit H

## GALGANO & ASSOCIATES
### ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD
WHITE PLAINS, NEW YORK 10603

TELEPHONE: (914) 428-2323
FAX: (914) 428-3298

November 10, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

Re:   *United States of America vs. Anthony Mangone*

Dear Judge McMahon:

It is difficult to comprehend how an honorable, hardworking and intelligent man like Anthony Mangone could exercise poor judgment and participate in the crimes for which he has pleaded guilty. I have known Anthony for approximately twelve years, initially through practicing law in Westchester County, and more recently through patronizing Trattoria 632, his family's restaurant.

Beginning in 2002, I often interacted with Anthony while representing clients in matters where he was counsel to a co-defendant or an adverse party. It was always a pleasure to work with Anthony regardless of whether our respective clients' interests were united. When working "with" Anthony, he brought to the table the ability and willingness to submerse himself in the subject matter at issue in the case. He was the type of lawyer who was willing to continue to learn and listen to others. He was always courteous and kind to adversaries and although many times he was the most knowledgeable attorney in the room, he was never arrogant or condescending to others.

When our respective clients' positions caused Anthony and I to take adverse positions with one another, his character and moral compass was even more evident. Anthony was a lawyer who always sought to fairly resolve issues in a way that made the world a better place to live. If he was counseling a client in a marital dispute, he wanted to know if the marriage was truly over before rushing off to the courthouse. He encouraged clients to seek marriage counseling and to identify their respective role in the deterioration of the relationship even at the risk of loosing the client and foregoing substantial fees. If children were involved, his concern for them became a priority. I specifically recall a discussion I had with Anthony where he expressed to me the moral conflict he had in honoring his ethical obligations to a husband who desired custody of his son but was clearly not the appropriate custodial guardian. Rather than breach his ethical duty to the wealthy client or participate in an injustice to a child, Anthony sought to educate and change his client's behavior. And when this client persisted in alienating the boy from his mother, Anthony directed the client to find another lawyer.

GALGANO & ASSOCIATES

      Anthony handled business and partnership disputes similarly. In my experiences, he always sought to resolve matters in a manner that would avoid protracted litigation and expense even though often times such was not in his best economic interest. Anthony was a lawyer who promoted and sought a just result.

      In 2008, Anthony moved his law firm to the office building where I maintain my law practice. Thereafter and through 2010, I spoke to him almost every week, often times in the hallway, the elevator or the parking lot as he rushed to his next meeting or court appearance. Some time in 2009, Anthony represented one of two shareholders of a closely held corporation that was experiencing financial difficulty. I represented the other shareholder. For over a year, he worked effortlessly on the case, dealing with creditors and negotiating agreements even though he was not being paid. He discouraged the clients from engaging in improper conduct and insisted that the business continue to operate ethically. Because of Anthony and his creative problem solving, the business survived and is now flourishing.

      Anthony genuinely cares about people. Shortly before his arrest, he represented an acquaintance of mine who was charged with multiple DWI offenses. The client was in dire need of mental health and alcohol abuse counseling. While Anthony vigorously defended the charges to obtain the best disposition possible for the client, he took seriously his moral and legal obligation to encourage the client to seek professional help. When the client expressed an inability to pay for treatment, Anthony insisted that the client treat his depression and alcohol dependence or find another lawyer. To this end, Anthony restructured his fee agreement by forgiving the bulk of the installment payments due his firm. The Court should know that this person has remained sober for approximately seven years, is happily married and is currently expecting his first child. But for Anthony, I am fairly certain this man would not be alive.

      So how does one reconcile Anthony's altruism and respect for the judicial system with the serious crimes that he admittedly committed? How could someone with such a benevolent and selfless nature become involved in public corruption? Personally, I believe these incongruities occur when one fails to take the time to reflect and become cognizant of their personality flaws. I believe that all of us battle personal demons and/or possess character defects that require heightened vigilance. Sometimes, the "defect" is the bi-product or is associated with an otherwise noble or virtuous attribute. Anthony is loyal, appreciative and likes to help others. And I believe that those qualities, combined with his belief that he was indebted to certain people caused him to thoughtlessly violate the law.

      It is difficult for Anthony to say no to a client, friend or family member, particularly if he feels indebted to that person. I do not believe that Anthony would ever intentionally hurt, steal or commit a crime injuring an identifiable person or entity. And while one can argue that the crimes Anthony engaged in are more serious because they threaten the fabric of the orderly administration of government, this is not readily apparent to someone who fails to regularly engage in meaningful self-examination or

GALGANO & ASSOCIATES

thought. Anthony spent the bulk of his time trying to please others and satisfy the needs of his clients while supporting his family. While his intentions were good, Anthony Mangone simply worked too much for his clients, lost touch of what was important in his life and failed to pay attention or realize the gravity of the offenses he was committing.

Anthony may be shocked to read that while I have known him for over a decade, I consider him a friend for less than two years. When I learned that Anthony had been involved in the conduct underlying his indictment and admitted his guilt, I was shocked, disappointed and angry. I have very little tolerance for corruption within our government. And whenever a fellow attorney engages in dishonesty, I feel it reflects poorly on our profession. Had Anthony asked me to write a character letter for him in 2010, I would have found a way to avoid the task. Yet five years later, I sought him out to ask if I could write a letter.

Anthony is committed to ensuring that he models constructive and lawful behavior for his minor children. Given his desire to do the right thing and his heightened awareness of himself, I believe there is no chance that he will get lost again and commit further crimes. Anthony currently manages a family owned trattoria blocks away from my home. Because of my affinity for his 72-year-old mother's homemade cheesecake, I talk to him more now than I did when our professional offices were down the hall from one another. While Anthony works hard and long hours at the restaurant, he is noticeably a different man. He is anxious and concerned about the possibility of going to jail and he readily admits the seriousness of his actions. He is prepared to deal with the consequences of whatever sentence the Court imposes but he is understandably concerned about being apart from his wife and children and the effect incarceration will have on them and his elderly parents.

Anthony rarely talks about his case or the law with me. For the most part, we talk about our shared interest in something far more important — understanding who we are and who we would like to become. In 2010, my discussions with Anthony would be limited to our aspirations related to our cases, the law and money. Now we talk about our family. Anthony's love for his son Anthony and his daughter Ava is undeniable. He has an insatiable desire to be a better father and husband. He is interested in principals and theories about parenting and he strives to promote positive emotional and physical development of his children. He undoubtedly regrets his criminal conduct and harbors tremendous guilt and shame for what he did. Yet, ironically I believe Anthony and his family benefited greatly from his legal troubles and the fact that he has lost his license to practice law. Anthony lives a healthier and more enlightened life that allows him to spend more time with his children and wife.

I respectfully ask that Your Honor impose a non-custodial sentence. Over the past six years, Anthony has demonstrated an ability and a desire to live a productive and law abiding life. His cooperation with the government has been extensive and has been an invaluable tool in identifying public corruption in New York. Without minimizing the seriousness of Anthony's conduct, I humbly suggest that the State of New York has benefitted from his cooperation far more than it was harmed by his thoughtless criminal

GALGANO & ASSOCIATES

behavior. Anthony and his family are in a good place right now and I believe that the imposition of any custodial term of imprisonment would be unnecessary given his rehabilitative success while awaiting sentence. More important, given the extent of his cooperation, I believe that any term of custody would discourage defendants from providing assistance to law enforcement.

As an attorney and an integral part of our government process, I am sure you find Anthony's criminal conduct particularly troubling and offensive. But I unequivocally believe that Anthony is and has always been a good man. The changes that he has made over the last five years are genuine and I hope that my letter sheds some light on who Anthony was and who he strives to be. I ask that you exercise mercy in fashioning an appropriate and just sentence, a sentence that allows this remorseful man to continue being the loving husband, devoted father and a caring son he has proven himself to be. Thank you.

Respectfully,

George Galgano

Exhibit I



PARK AVENUE MEDICAL PROFESSIONALS
120 East 86 St. 2nd Floor ~ New York, NY 10028 ~ (212) 427-2000

November 4, 2015

Dear Judge McMahon,

At this point in my life, after fifty-seven years of life and living there are few times or incidents that are firsts for me. This is one, so please bear with me.

Mr. Anthony Mangone is a very good friend of mine and how that friendship developed and exists today warrants explanation. A number of years ago a new restaurant was opening near our house in Rye Brook, NY. My wife one rainy evening along with two of her closest friends happened to be driving by and saw a crowd inside. The ventured forth only to find out that it was their "soft opening" – for friends and family only. A sort of dry run as it turns out. They had knocked on the door, strangers on the door stoop with the inside of the restaurant a sea full of close friends and family of Mr. Mangone's who is and remains the owner. Without hesitation, with a smile on his face and an outstretched hand he welcomed them in and made them feel as welcomed if not more so than any of the other guests that night. Now that quick recounting of "our" first meeting might not impress one, nor is it meant to. It is what follows that defines him in my eyes.

Not being big fan Italian restaurants outside of Italy and my poor tolerance for all things carbohydrate related it took some doing for my wife to get me to visit Mr. Mangone's restaurant. A few weeks later I ventured forth, mostly in a bid to maintain my "husband in good status" with my wife; we are now married over thirty-five years, so I know the game well. He may not recall our first face-to-face meeting but I do. A smile, a firm handshake and a "I am so glad you could join us tonight, I was looking forward to meeting you". The food was very good but his hospitality was what convinced me to come back. And we did and continue to, frequently.

You can judge a lot about people by how they treat others, strangers and employees included. Almost two years ago I asked him if he would mind if I spent one night a week after work cooking in his restaurant. I will take a little pause here to let that thought settle for a moment. My day job involves taking care of God's creatures. I am a Board Certified (Internal Medicine, Gastroenterology and Liver Disease) physician who owns a multi-specialty group on the Upper East Side of Manhattan. After finishing my Fellowship in Gastroenterology, Liver Disease and Transplantation at the University of Pittsburgh (the only medical center at that time in the world doing liver transplantation) we moved back to New York where I was admitted onto the attending physician staff at The Mount Sinai Hospital. Without hesitation and in spite of nothing more than a will and desire to learn how to cook Mr. Mangone was gracious enough to



allow me into his kitchen to [learn how] cook. I would get there every Monday around 6Pm to 7PM and spend the next few hours until the kitchen closed. In the heat of battle, when the restaurant is hopping, and the ballet of serving food and drink to customers is in full swing you see things from the inside of the kitchen you never see from a seated position around the dining table. And I intended the puns. It gets hot both physically and literally. And believe it or not things don't always happen as perfectly as you would hope them to. There is at times chaos, and confusion. You know, looking back I never saw him raise his voice much less lose his temper at anybody. He never blamed anything on anybody, seeking solutions instead. It would have been easy of him to take advantage of his position, but he never did. He treated his employees with respect, always. Without exception. He continually demonstrated kindness in his heart.

It is easy in a way being a judge. For the most part your word is it. A person can appeal, move up the chain if you have time and money but at that moment the decision that is rendered is done so in stone. When you think about it, that is unusual in life and obviously confers a huge responsibility on every judge. When you own a restaurant and there are issues that arise from your customers perspective, deciding how to settle them provides its own unique set of opportunities in judgement. We have dined there enough, and the restaurant is small enough that I have witnessed several episodes that were true tests between customer satisfaction and right and wrong from the restaurants owner's perspective. I never saw him do anything but make the customer happy, even it worked against him. And he would go beyond, sending a bottle of wine or whatever it took to win the day. And you know, he did it because it was the right thing to do. It came from his heart, always.

It is rare to be treated as a son, or for that matter better than a son by your mother-in-law but that is the way I was treated up until two and one half years ago when she passed from pancreatic cancer. My wife's mother was the most amazing person. A heart whose size knew no boundaries and whose actions and love for people around her are legendary. I still cry at times to this day when I think about her. The last few months of her life were not kind to her, in fact I do not know how she maintained such a great approach to life then. The chemotherapy and its side effects for the most part left her and my father-in-law house bound in White Plains. You know, I will never forget when Mr. Mangone sent over dinner to their apartment as a "thinking of you and yours" gesture. It was not as though it was just my in-laws. We have a large family and the apartment was always full of their friends, their children, grandchildren and even great grandchild. He sent enough for everybody plus. And did I mention that he did not ask for one penny? And it was not just once. But the first time, there was not a dry eye in that apartment. Who does that? Have you heard of something similar? I hope so, it would say a lot about humanity. Mr. Mangone did that, and more times than once. And he was genuinely interested in her and us. When she passed, he was there for us as a friend. A very good friend. What started as a stranger knocking on his door quickly became a heartfelt friendship. Something almost visceral.



I was raised by a father who is both a [still] practicing attorney and retired Captain, U.S. Army (Reserve). My mother was one of the first female MBA candidates who subordinated her amazing accomplishments in the business world to most importantly being my Mother. Both my parents are still highly involved in charity work, active in their Synagogue, and focused on being the best parents, grandparents, great-grandparents                                      ) and friends possible. I grew up in a very black and white world. There was right and there was wrong and little if anything in between. They never had to ask me if was telling a lie, they just looked me in the eye. That is how I was raised, how I have raised my children, and how I operate to this day. It is my policy never to get involved in rumors, innuendoes, or spreading or speaking bad about people. I do not search out bad news knowing after all these years that it has a tendency of reaching out to touch you whenever possible. That being said I was unaware of Mr. Mangone's legal problems for a long time and only recently when they become more public. Also recently we have spoken at length about them, him freely offering a full accounting of what happened and why. And yes from his perspective. With everything I know about him, it has not changed one iota my deep and sincere feelings about the type of person who he is today and since we first met. I have and will always stand by his side and be proud to call him my friend. And I will do so even if I am the only or last person in the room. And yes I am aware of what he has done, and that has not changed my stance. In fact it is strengthened by what he is doing to repent for his wrongs.

Some people are gifted a great existance outside of their work life. He is one of them. Donna his amazing wife stands by his side. God has also blessed him with two children, beautiful, sensitive, and smart. They have become part of our family. We have seen them perform in theater. I have made house calls to them in times of need. I will let that settle in too; yes, house calls. They are at such a vital and vulnerable age. There is no doubt in my mind that the welfare of his family, especially his children are Mr. Mangone's overwhelming concern. And yes, he should have thought of that from the first moment trouble entered his life. Why he did not I cannot explain, it is just a fact. We are taught that life is a constant battle between our need to do right and what we call in Judaism our yetzer hara or evil inclination. There is not a human being on this planet that has not succumbed in one form or another to their yetzer hara. Things happen for a reason, good and bad. Mr. Mangone does not profess to be innocent. He not only acknowledges that what he did was wrong but has gone beyond that.

Repentance. We are taught that God created repentance even before He created the physical universe. Asking for repentance is the Holiest Day of our year. In Hebrew the word is teshuva or to turn [away from sin and towards God]. It involves two things, remorse at having sinned and confession of the sin. It is obvious Mr. Mangone has confessed. It is also obvious he is very remorseful. This is however as life is, a much more complex equation than just one man as he stands before all of us awaiting judgement. He knows that ultimately he will be judged every day for the rest of his life for what he has done not only in the past but for his actions in the future. He understands the potential ramifications it will have not only on him, his wife, his



parents, his friends but especially on his children who will bear the burden his actions have placed upon them. That is the simple part. The more complex and in my opinion interesting part is how those that judge him will be judged and expect others to judge them.

Judgement. We are taught that we should not judge others until you have reached their place. It is easy to sit back look at the evidence and come to a conclusion based on a thorough understanding of the matter at hand. But unless you place yourself in the exact position of the person you are judging, the decision you make may not be the correct one. And life, every day we are put in a position to make numerous judgements both small and sometimes large. It is not that judgements are only done by judges. We also recognize that we are human too, that we have our own yetzar hara tugging on our brains, that we too can make mistakes. And how great is the sin in making a mistake when passing judgement on somebody? We are also fallible, able to make honest mistakes when judging people. The magnitude of making an error when judging somebody whether it be intentional or not is at the least proportional to the net effect of the impact that decision will have on the one being judged. I would argue it is larger because it is being done with full knowledge and forethought. That is why I believe in the general principal of giving the benefit of the doubt to those that are being judged – to at the least protect both you and them. Maimonides said that each person is believed to have goodness within them, and that one who judges is obliged to look for those good qualities. These concepts which we still try to hold ourselves high enough to uphold date back long ago and have withstood the tests of both time and example.

Opinion. I am going to request a momentary suspension of reality and be allowed to role play as Judge. Right or wrong I am rarely indifferent, and admittedly I do not have all the information privy to those making the final decision as to what penalty(s) he will pay. There is NO doubt in my mind that Mr. Mangone has confessed fully to his wrong doing. There is no doubt he is remorseful for what he has done. There is also no doubt that he has demonstrated this by taking affirmative actions in spite of all the [potential] consequences both current and future in order to mitigate his ultimate [physical] sentencing. There is also no doubt that as he has lived with the burden of his actions up to this very day, and that he will be consciously burdened by them and their effects on all aspects of his life for the remainder of days. Once cannot truly estimate the price that burden will extract from him, but without doubt it will be substantial. In fact, we must recognize that his actions will outlast his physical presence on this planet. In the same way that his son initially discovered his crimes (and their potentially devastating consequences) so can his future generations – on the internet. There is no doubt that if he were to be physically removed from his house and his role as father, the consequences will be devastating to his children. They are _____                              t. There is no doubt in my mind that after this experience he will be an exemplary role model, perhaps better than he would have been before.



Conclusion. In my opinion he has and continues to repent for his wrong doing. He has and will continue to suffer for the rest of his days. The potential consequences and personal costs of removing him from his house FAR outweigh the costs already borne and those he will bear forever. I am respectfully requesting that the Court NOT sentence him to any jail time but to probation for however long it deems appropriate.

Sidebar. It is tough for the court to judge my sincerity just from one correspondence. I have offered to stop my world if necessary an appear physically before the court on his behalf. More importantly the Court should be aware that I have offered Mr. Mangone my full assistance in running his restaurant if he were to be unable to do so. I have an understanding of what goes into running a small business. The multi-specialty group I own on the Upper East Side of Manhattan has about thirty employees and has been for the most part run successfully since I started the practice over twenty-one years ago. If need be, I will learn his business and run it for him and his family when I am done with my day job. I will do my best to make sure his family is taken care of if he is drawn away from them. And yes the personal sacrifice will be great, but I am willing to do it and I have my wife and family's backing on this too. So I stand with Mr. Mangone not just in words but in deeds and actions. That is important for the Court to realize too.

Submitted with respect and hope,

David H. Berman, MD, FACP, FACG
President
Park Avenue Medical Professionals, PC
New York, NY 10028

Attending Physician
Mount Sinai Hospital
Departments of Internal Medicine,
        Gastroenterology, Liver Disease and Transplantation
New York, NY 10029

Exhibit J

**LISA M. FALCO SANTANGELO**

November 11, 2015

Honorable Colleen McMahon,
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom C
New York, New York 10007-1312

RE:    United States of America vs. Anthony Mangone

Dear Judge McMahon,

Very truly yours,

Lisa M. Falco Santangelo

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone


Dear Judge McMahon,

Respectfully yours,

Maria R. Santangelo

November 9, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

**RE: United States of America vs. Anthony Mangone**

Dear Judge McMahon,

I have known Anthony as my ex-brother in law's one time legal partner and a dear friend
to my sister Lisa, the ex-wife of Michael G. Santangelo. I have been acquainted with
Anthony for almost 15 years. I first met him at a dinner in Mamaroneck at a restaurant
called Enzo's, which both my sister's family and Anthony's family were present. It was
at this time that I got a glimpse of the kind of family man that Anthony is. I was able to
see the personality of                              was obviously the apple of his father's
eye, and I noticed that Anthony was a very attentive father, which I respected greatly.

I have an understanding of what Anthony has been involved in, through the newspapers
and what I have seen on TV. I do not condone his actions or think he should not be
made accountable for his breach of the rules of the bar and the laws of the state of New
York. I have not had any in depth discussions with Anthony about the details of his
involvement in any illegal activity pertaining to this case or any other that he has been
involved with.

Contrary to the misdeeds he is known for, Anthony has been able to show selflessness,
particularly in his own times of difficulty. He has been very supportive to my sister since
the time of her son's untimely death in 2012. As hard as things were for him at that
time, he has come through for her on many occasions when she needed moral support
or a shoulder to cry on. Many times, at a moment's notice, many trays of hot food were
provided for the streams of relatives and friends that were camped out at my sister's
house in the horrible aftermath of my nephew's passing.

Anthony, through his own kindness, was also able to help me when I was trying to find a
place to host a post service luncheon for a friend whose father passed away. He
provided a service to my friend's family, truly a heartfelt gift, as their circumstances
were not affording them many options. Anthony was understanding and went out of his
way to meet their budget.

Anthony has struggled to endure the hardship of losing his law license and to keep his
family on track. I don't believe as a hard working tax paying citizen, that putting him in
jail would do anything that would help the state in any way, or the family that Anthony
is fighting to provide for.

If for one minute I thought justice would be well served to see Anthony behind bars, I would be the first one to say so.  But to take this man away from his wife and children for any amount of time would only perpetuate a hardship that would be borne by those who had no part in any of Anthony's misdeeds.  The bottom line is that his family needs him more than the prison system does.  Society at large is better served by allowing this man to continue to provide for his family.

To extend the pain of this situation by making Anthony's family continue to suffer while he serves any length of a sentence would be a poor choice.  Any true and responsible steward of society can see that.  Is it not enough that Anthony has been shamed publicly and barred from the profession he loves?  And further, he has cooperated with prosecutors, owned up to his misdeeds, and has already suffered life-altering consequences, when is it enough?

As Anthony has come to see the devastation to his career, and the precipice of the cliff that his marriage and family are up against, it is clear that this man has been suffering as the result of his choices. He has also seen the pain his choices inflicted on the ones he holds dearest to his heart - his wife, his children and his parents, all have been living in a long lasting bad dream.

Is there really a need for further retribution?  Who would the beneficiary be from any prison term in this case?  The answer is NO ONE, not the state, not anyone.  Any reason that could be assigned here for jail time would be purely political and purely obvious.

Sincerely,

Nicholas T. Falco
Director of Solutions Engineering
Frankly Media Inc.

Exhibit K



**POLICE DEPARTMENT**
**VILLAGE OF IRVINGTON**
(914) 591-8080

Michael P. Cerone
*Chief of Police*



11/3/2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

**RE: United States of America vs. Anthony Mangone**

Dear Judge McMahon,

My name is Michael Cerone and am currently the Chief of Police for the Village of Irvington, in Irvington, New York, a position I have held for the past 8 years. I have worked in law enforcement for a total of 39 years and have been exposed to the good, the bad and the ugly of human behavior. I am very familiar with recidivism rates and have personal knowledge of the criminal justice system. I know you can relate to what I'm saying, and also understand as well, that there are people that can be helped, and people that do not wish to change their ways for a better and more positive way of life.

I have been a friend of Anthony Mangone for the past 5 years, as well as having the pleasure of becoming acquainted with his wife and children. I met Anthony through my niece, Lisa Falco-Santangelo, who is a close friend of his and has known him for approximately 15 years. I am aware of his current situation and involvement with regard to the criminal case, but do not know all of the circumstances, nor his total involvement. I can only advise you of what I personally have seen and how he has responded to the charges and the trial involved with this case.

This is a man who admitted doing wrong, disgraced himself and his family, and lost his livelihood, as well as some very close friendships. While attempting to turn his life around, he provided the court with truthful testimony regarding the above named case and the co-conspirators involved, of which a trial was conducted with the end result of those persons being found guilty by the decision of a jury. As a result of the choices Anthony has made, a heavy burden has not only affected him, but his wife Donna and their children as well, taking them all to a place they never thought would have existed in their lives - from the loss of his career to being unable to provide for his family, while simultaneously paying for his defense to correct his wrong-doings.

Fax: 914-591-3708   •   85 Main Street   •   Irvington, NY 10533   •   mcerone@irvingtonny.gov

I am proud of the fact that Antony didn't turn to alcohol or drugs in his despair, but began to rectify a wrong he was involved in, one that he has paid a heavy price to overcome. He has worked very hard in moving forward with his life by making amends with his family, friends and society as well. He is currently working at a restaurant owned by his mother, Trattoria 632, which is located in Harrison, New York. In a short period of time, the restaurant has become a locally renowned family owned business and has contributed greatly to the community as a whole. Working here has enabled Anthony to provide for his family's well-being, by not forcing them onto public assistance. Anthony has recognized the errors he has made in life and has met them head on. He is greatly disappointed personally by the embarrassment he has brought to his family, as well as the loss of his attorney's license. He still has a great love of the law, and since he is unable to practice his profession any longer, he has left himself with a great void. He knows he cannot change what happened, but is moving forward in rebuilding that respect and trust that he has lost. He has taken on a new role and a career in a business he previously knew nothing about. In so doing, his current vocation of working at his mother's restaurant has enabled him to begin to overcome the wrong he committed by contributing back to his family and society in a positive way.

Anthony is that person that can be helped - a man who is working his way back to where he should be. After having observed him over these past few years, he has undertaken the task to rehabilitate himself with genuine remorse and has exhibited the desire to not be that person I stated above, one who doesn't want to be helped. I am confident that he will not be a repeat offender, but will continue to move forward in his rehabilitation and restoring his self-respect and earning the respect back from his family and close friends too!

It is my understanding that he is due for sentencing in the early part of December 2015. I am requesting with all due respect to you and the court, on behalf of Anthony, his wife Donna, their children and along with me, for the court to show him leniency with regard to any sentence the court will meter out. I am also requesting your honor to take into consideration, this was not a crime of violence, but a crime of greed filled with political attachments. I am hoping the court will take into consideration what I have expressed on Anthony's behalf, as a jail sentence will serve no purpose to his wife and family, nor help him in his rehabilitation, as he has already moved forward in that direction by acknowledging what he did was wrong. He is now correcting and processing that wrong for himself and his family, as he enters this critical period of rebuilding his life with a new career. This is the best rehabilitation that can be provided to him, his family and society in making a wrong into a right.

Respectfully yours

Chief Michael P. Cerone
Irvington Police Department
85 Main St.
Irvington, NY 10533
914-591-8092

Exhibit L

November 4, 2015


Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

Dear Judge McMahon,

My name is Franca Gjokaj. My husband, Tony, and I met Anthony Mangone about 6 years
ago when our sons met in the 3rd grade. Our families instantly became great friends through
our children. His personality was one that you can instantly relate to and be comfortable
around. We have spent lots of time together, dinners, traveling and holidays. Our families
met at a time when my family was going through health challenges. My husband at the time
was diagnosed with Transverse Myelitis. Anthony was very supportive with my husband
and his new disability. My husband was 39 years old when a flu shot left him unable to walk
and continue to work as a fire fighter. My husband faced so many challenges at a young age
by not being able to play catch with my two young sons and do the simple things like show
my daughter how to ride a bike. Anthony always put a smile on his face. My husband never
feels physically limited when he is around Anthony.

When we met Anthony, it was after his legal trouble. My husband and I can't believe the
man we consider a dear friend, is the same person that would have such poor judgment to
hurt his career. We have spoken to Anthony about this, and we can really see how much he
regrets his actions. He is very genuine and honest. And he continues to be a role model to
his children and the children he coaches in little league, my son being one of them. As a
mother who sits on the bench watching the games, I always hear compliments in the stands
about Coach Anthony. He treats each child on the team like his own. He is always
encouraging them and teaching them sportsmanship. Even with all the uncertainty and
stress he must face daily in his life awaiting his sentencing, he is always a positive role
model to the children.

Your honor, I hope you can consider probation for Anthony Mangone. He knows what he
did was wrong and it cost him dearly. I feel prison will hurt his family and especially his
children the most. They are at a delicate age and they need their father. I am so impressed
by how involved Anthony and his wife are in making sure their children understand what is
going on and how they will get through this stage in their lives. I understand Anthony has
been instrumental for the government in convicting a few political corruption cases, in
order to correct the mistake he made. I hope you can consider that in your final judgment.
Anthony is a great person and should be able to receive a second chance and continue to be
the role model he is for his children and others in our community.

Very truly yours,

Franca and Tony Gjokaj

November 8, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is Justine Casey Gaeta and I am writing this letter concerning Anthony Mangone. I have known Anthony and his family for eight years. Our sons met in elementary school and our families became friends. Anthony is a generous man always willing to help a friend or someone in need. As a member of the Harrison community that suffered the loss of a student in our high school and the mother of another student in our high school this past year, I saw Anthony's generosity as he supplied meals and support for the families affected. He is very giving of his time and energy. He is a hard worker, often spending long hours at his restaurant to provide for his family.

I understand that Anthony made a grave mistake and I truly believe that Anthony understands what he did was wrong and accepts full responsibility for his actions and regrets the pain he has caused himself and his family. He is extremely devoted to his wife and children. As I mentioned, my son and Anthony's son have been classmates and teammates for many years. During that time, I have had an opportunity to see Anthony as a father, a husband and a coach to my son.   Watching him coach my son in baseball, he demonstrated his commitment to others and the community. I saw his patience and his tolerance, along with his ability to connect with both the kids and their parents. We are privileged to have Anthony mentor the boys on and off the field.

As humans, we are all susceptible to making bad decisions, but we also have within us the power to change and remedy things to the best of our ability. Anthony has done everything in his power to turn his life around while he has awaited his sentencing. When he lost the ability to practice law, he went out and sought a business that would support his family and he works extremely hard at helping that business grow and sustain itself. He made a mistake but that should not define who he is. Going to prison can't punish him anymore than he has already punished himself but there are three people who will be punished if he is sent away – his wife Donna and his children
working mother of three children living in the same community as the Mangone's, I know that it is hard enough to raise kind, strong and honest children in this world. Taking a father away from them makes the task near impossible. Anthony is a loving, kind and patient father of two headstrong and lively kids. The time Anthony would be away would be devastating to ,                    I ask you respectfully not to punish them by his absence in their lives.

Respectfully yours

Justine Casey Gaeta

Dear Judge McMahon,

My husband and I met Anthony Mangone about four years ago when our sons played together on the same travel baseball team. We spent a lot of time getting to know Anthony and his family both on and off the bleachers, and have since become very close friends. We have spent time at each other's homes for dinners and barbecues, have traveled together with our families for tournaments, and vacationed together this summer.

Anthony is a genuinely kind person. He is mild mannered and good-natured. This past spring Anthony was the assistant coach of our son's little league team. He was a great role model for the children, promoting positive encouragement and good sportsmanship. When our                pitching during a play off game and had loaded the bases by walking three batters, Anthony recognized the frustration in our sons eyes and demeanor and knew he was ready to give up. When the inning was finally over he gave my son words of encouragement and made him laugh. With confidence restored, the next inning delivered three strikeouts! Our son looks up to Coach Anthony and likes to be around him and his family. He makes it fun for the kids while making sure they are kind and respectful to one another. Our sons are also close friends and sleep over each other's houses when they can. We love when Anthony's                                        spends time with our family. His personality is so funny, but so sweet. He is a kind, respectful young man, an attribute to his up-bringing for sure.

Many times after our games Anthony would invite the team and their families back to his restaurant for dinner. Sometimes it was after a win, sometimes after a loss, but nonetheless his generosity brought our team together and strengthened the relationships between the boys and also the families.

We have spoken with Anthony about the trouble he is in and are certain that he recognizes his wrongdoing and deeply regrets the choices he made. He plans to move forward as he is currently doing by focusing on his family. He plans to spend as much time as he can with them. Anthony is an amazing hands-on dad. His children                                and they need their dad at home. It would break their hearts and the hearts of his wife and parents not to have him with them, not to mention his extended family and his friends and their children. We personally know that our son would be devastated not to be able to spend time with Coach Anthony.

Your Honor, we respectfully request that you exercise leniency when taking into consideration the sentencing of our friend Anthony Mangone. Thank you for taking the time to read this letter.

Respectfully Yours,

William and Susan DeLuca

Exhibit M

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

Greetings your Honor. I would like to take a few moments of your time to give you my thoughts on Anthony Mangone. He will soon stand before you to find out what direction his life is going. This in theory should be simple like following a procedure as laws are written in black and white. The black and white of written laws becomes various shades of grey when those laws are applied to people. The "people" in this case is Anthony Mangone. Your Honor, Anthony is not the man that comes up when you google his name. I have no idea who that person is as I truly believe the man that made those decisions has ceased to exist. He has been replaced by my friend, the operator of a great local restaurant. Everyone is welcome and is made to feel comfortable as the restaurant is an extension of Anthony and his Wife Donna's living room! The restaurant is much more than a place to gather for good food and good times. It is a town institution. It supports all manner of town functions. PTA, Youth Soccer, Little League etc. etc.  All have found a welcome sponsor, and place to celebrate victories, the end of a season, beginning of a school year, birthdays and far too many others to list.  Anthony and his family are welcoming to any and all.  The request for support and hospitality is always greeted positively.  The restaurant is only one part of the contribution this man makes to the community.  He has coached all manner of sports especially baseball.  Even the most challenged child athlete found teams coached by Anthony to be nurturing and great experience.

Your Honor, it is not for me to judge what this man may have done in his past. I can only judge him as the operator of great local restaurant, as a coach to the children in town, as a husband to his wife and a father to his children as well my friend.  People make mistakes and at times they can and will find themselves in front of you.  Anthony Mangone will soon find himself in front of you.  If my letter can do anything it is to help you see this man through the eyes of people who are blessed to call him a friend.  I believe the man is truly sorry for what transpired and the poor judgment he may have used in the past.   I do not know how many years the specter of prison time and leaving his wife and children has been shadowing my friend, but I do believe that the uncertainty of those years has weighed on him and tortured him with sleepless nights and moments of panic.  The uncertainty of these years which will culminate in front of you has been a long daily punishment all by itself. The public airing of his dirty laundry pales in comparison to the possibility of being taken from friends, wife and family. Your Honor, Anthony has made mistakes and there are consequences to those, but he has made amends to the best of his abilities.  In my opinion, if Anthony is allowed to remain out of our prison system, he can and will continue to be a model citizen in support of his community and most importantly his family.  He will contribute tax dollars rather than be a consumer of them.  I would ask that you read mine and other

letters written by family, friends that give you a true picture of Anthony that a google search most certainly does not.

Your Honor, please accept my humblest thanks for taking the time to read my letter on Anthony's behalf.  Should you have any questions please feel free to contact me any time.  Thanks again for your consideration.

With Our Warmest Regards
The Kaplan Family.

With My Warmest Regards,

Andrew Kaplan

**ROCKET**
JEWELRY PACKAGING & DISPLAYS

| | |
|---|---|
| Direct Dial: | 917-645-0172 |
| Telephone: | 800-762-5521 |
| Fax: | 914-992-8287 |
| Email: | andrew@rocketbox.com |
| Web: | www.rocketbox.com |

Exhibit N

Jesus A. Lago MD & Giovanna Lago LCSW

October 30,2015

Honorable Colleen  McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17c
New York, New York 10007-1312

Re: United States of America vs. Anthony Mangone

Dear Judge McMahon,

      We are writing to you on behalf of our good friend Anthony Mangone.  We met
Anthony ten years ago, shortly after he and his family moved into our neighborhood.
However, our friendship started just after his arrest in 2010.  He is one of our very close
friends and we love him dearly.

      Anthony has been very open with us about his legal problems and has conveyed
great remorse for his actions. While we acknowledge that his actions were illegal, we feel
that he started his sentence the day he was arrested with the loss of his law career,
reputation and livelihood. Most importantly, he lost his self respect and dignity. He has
truly strived for redemption and while rebuilding his life, he has humbly moved forward.

      What attracted us to Anthony is his commitment to his family and community. He
has been very involved in his children's activities and continues to demonstrate his
devotion to his family. Anthony can often be seen at the school picking up his children or
on the sidelines of a basketball or baseball game cheering them on. His strong family
values is evidenced by his devotion to his wife, children and weekly Sunday dinners with
his loving elderly parents. He was also a strong support for his family after the tragic
death of his youngest brother. He also helped his sister-in-law financially after the death
of her husband (Anthony's youngest brother) even when he was having his own financial
problems.

      He opened a restaurant in our community and has contributed to local merchants,
school system and recreation department by sending food to various events without being
asked with no hidden agenda. His generosity is second to none. He is always putting
others before himself. His loss of many friends due to his arrest has given him an
appreciation for the friends who have remained and the ones he has met since his arrest.
This has only intensified his loyalty to his friends and family. He doesn't take his

relationships for granted.  He stands by you in good and bad times and is always there to help or listen.  There have been times when we've been in such deep conversation talking about our stressors, be it financial, family or job related that we have forgotten momentarily about the problems he is facing.

Lastly, your Honor, we want you to know we feel Anthony's family, particularly his young children need their father's presence during this critical time in their childhood development. Anthony is an asset to his community and loved by his family and friends. Society would not benefit from incarcerating him. He is not violent or a threat to society. Please consider probation as an alternative.

Respectfully Yours,

Jesus A. Lago MD & Giovanna Lago, LCSW

October 22, 2015


Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

I am writing to you today in regards to Anthony Mangone, who is coming before you for
sentencing in December. Of course you know the technicalities of the case and the wrongdoing
that Anthony has accepted responsibility for, but I wanted to express my support for him and
perhaps add to the bigger picture of who Anthony is. As I hope you will agree, I believe that
these acts were not representative of his character, but rather some bad decisions made by a good
man, who has an important and positive impact on his family, his colleagues and his community.

I have known Anthony for over ten years. First as the operator of a neighborhood restaurant,
later as the caring father of my daughter's dearest friend and through it all, as a friend. And
though his kind heart is most evident when he is with his children, you can see it in everything he
does. His restaurant is not just a business, it is a meeting place. It is a bedrock of our
community where people go to celebrate with families, to mourn losses and to be together. The
food is great, don't get me wrong, but we go because of Anthony. Because with his loyalty,
compassion and friendship, he makes is a home away from home for all of us.

Anthony is a good person who recognizes he erred in his ways and is clearly remorseful. I am
quite confident from my conversations with him that he is intent on living a truly honest and
better life in the days to come. I hope that you will take into consideration my experience with
and support of Anthony. Taking him out of our community for any length of time would be a
detriment, not just to his family, but to all our families and our children who know what a
wonderful dad he is and to us who depend on and treasure his friendship.

With Sincerity and Gratitude for your Time,


Jennifer Levkoff

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 15C
New York, New York 10007-1312

November 3, 2015

Re: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is Geraldine DeAngelis a retired schoolteacher. I taught for close to 30 years in the Mt. Vernon NY school district. I have known Anthony Mangone since he was in law school. I feel I know Anthony about as well as any person other than his immediate family could.

Anthony worked very hard to succeed in his career as a lawyer. Yes, he made mistakes along the way. He has suffered the public embarrassment, humiliation, and denigration of character for his wrong doings. Also, he had to witness the pain he brought to his loving family all these years because of this. I can honestly say I feel he is sorry for his previous mistakes.

I know Anthony to be a very kind, helpful, caring, sensitive, man. On several occasions I called upon him for legal advice and was treated with utmost professionalism. To remove him from society would be above and beyond punishment for his actions.

He has a beautiful family (                    ) who love him dearly. Don't take him away from this. He cannot get back the time not spent with them. Teaching taught me to gain insight into a person's character. I sincerely believe Anthony will continue to move in a positive direction given probation.

Respectfully yours,
Geraldine DeAngelis
Geraldine De Angelis

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 15C
New York, NY 10007-1312

November 4, 2015

Re:    United States of America vs. Anthony Mangone

Dear Judge McMahon:

My name is Joseph Cianciulli a business owner in the City of Yonkers, New York for over fifty years.  I am also the Chairperson of the City of Yonkers Zoning Board of Appeals, which I have been a member for the last forty five years.  I have known Anthony Mangone for the last ten years, and known him to be a successful attorney.

Anthony made some serious mistakes in his life. He has suffered public embarrassment and denigration of character for his wrong doings.  Also, a lot of pain has been brought upon his family.

I know Anthony to be a caring and helpful person.  To incarcerate him would be beyond punishment for his errors.

Incarceration would be very detrimental to his                           I believe Anthony will move in a very positive direction if given probation.

Respectfully yours,

Joseph Cianciulli

Exhibit O

# Iona PREPARATORY SCHOOL
## A NATIONAL SCHOOL OF EXCELLENCE

November 9, 2015

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
NY, NY 10007-1312

Re: United States of America vs. Anthony Mangone

Dear Judge McMahon:

I am writing to you on behalf of Anthony Mangone whom will be sentenced before
you on December 2, 2015. My name is Fred Gallo and I have known Anthony and
his family for approximately 23 years. I am the former varsity baseball coach at
Iona Preparatory School where I served in that position for 30 years. I first came to
know Anthony when he was a junior in high school playing varsity baseball.
Throughout my 30 years at Iona, I have had the privilege of maintaining
relationships with many of my former players. Anthony is one of those young
meant that I coached as a player and now consider my friend. When he was a
student at Pace University, he was a volunteer assistant for my team for two years.

While I am not fully familiar with all of the facts he pleaded guilty to in connection
with this case, I can tell you that when I learned that he had been indicted, I was
terribly disappointed in him. Anthony stems from a humble background. He was
raised with his two brothers by two hardworking parents in Yonkers, NY. Anthony
did not come privilege, yet his parents made sure all their sons attended Iona Prep.
I am sure you would agree subsidizing tuition payments for 3 boys in private school
is not an easy undertaking.  Throughout his attendance at Iona, Anthony was a hard

worker, and, in in his senior year, I considered him to be one of the leaders of the team. In fact, in that same year, the Yankees distributed a small monetary college stipend earmarked for Anthony. I did it because I knew he was a hardworking boy and his parents had limited financial means.

Throughout the years following his graduation, I would periodically keep in touch with Anthony. I was proud that he became an attorney and often learned of the high profile cases he had represented clients. I was equally disappointed when I heard he was in trouble. Why would such a talented young man from a good family participate in such an act of stupidity? However, I realize we are all human, and humans do make mistakes. I also have learned in my own life that how one repents and changes his way is more telling than the error of his former ways. I am confident that Anthony has changed for the better. This past winter, I met Anthony at his son's basketball game cheering him on from the stands.  Was happy to see him and, since then, have remained in constant contact. I have had many conversations regarding his misdeeds. Clearly, he recognizes how stupid he was to jeopardize his career, his children's future, and his reputation. He also realizes that he can still be a productive member of society given that opportunity. He is an intelligent young man and, while it is a shame he can no longer advocate for clients, he is a fundamentally good person who should use his abilities positively and productively to help others.

I often visit him at his family -owned restaurant where he is employed. It is certainly a humbling experience and a far cry from his former career as a prominent attorney, but he is doing a fine job trying to turn his life around. He is also very much involved in his children's lives. He is the coach of his son's baseball team and supportive in his development as a ball player. Over the summer, I encouraged Anthony to have his son participate in the baseball camp I operate at Iona Prep.  Each day he was there to observe his son.

I am hopeful that this small snapshot of what I know of Anthony Mangone will help you to understand that there is much more to him that the facts for which he pleaded guilty and that you will consider rendering a lenient sentence for a man that is on the right path in changing his life for the better.

Very truly yours,

Fred J. Gallo

255 Wilmot Rd., New Rochelle, NY 10804 Phone: 914-632-0714 Fax: 914-632-9760 www.ionaprep.org

Exhibit P

Antonia Georgioudakis

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Peal Street
Courtroom 17C
New York, New York, 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon,

My name is Antonia Georgioudakis, I am employed by the Family owned Restaurant of The
Mangone's. I have been working with this amazing family for the past 4 years. I am a mother
and proud for them to grow up to be like
the Anthony Mangone that I know now. Intelligent beyond belief, respectful to all that cross his path,
helpful in any aspect of ones needs, Caring, generous, this list is infinite. Anthony has been and
continues to be a blessing to my children and I. He is a stellar human being and is an asset to those
around him as well as those who will be fortunate to cross his path.

When I first met Anthony, through his sister-in-law Kristy, I was somewhat taken back by his
intelligence. A man of such knowledge should be running an empire. I was briefly given his
background and was saddened by his misfortune. As the years have passed I truly consider Anthony to
be like a brother to me. We have sat together numerous times and spoken about his circumstances. He
has expressed to me his concern for his children , which I completely understand. I am a single mother
who went through a horrible divorce. Anthony was their to guide me through some very difficult times
in my life. Yes I had an attorney, but it is different when you have someone like Anthony who has the
knowledge and cares as well. I would tell him, "you should be an advocate for people in need". I would
always leave our conversations with content for myself but sadness for his family. My issues were
solved, thanks to Anthony's support, but he has a whole lifetime of pain he and his family need to heal
from. I believe he is sorry for his dismay and that he is a changed person.

I have seen Anthony deeply struggled by what will happen if he is not their for his children. You see
Anthony is their for Everyone, his brother Frank and his family, his unfortunate death of his brother
Michael and helping with raising his children. He assists in evolving the talents of the young adults in
his College community by giving them a place to explore their talents, with his families restaurant. He
generously donates food to several organizations in his community. He coaches his children's sports
teams an devotes his time to enhancing their athletic skills. Wouldn't' everyone like to have a person
like Anthony in their life, yes we are blessed. How saddened everyone would be not have Anthony
their, especially his children. Anthony has greatly suffered because of his poor choices, his life has
completely changed for the better, and he has become a better man because of it. His family has
already had one loss, please give them a chance not to have another one.

Anthony deserves to have a second chance at life.  What a great asset to society to have a man of his knowledge be their for them.  He has extremely moved me in my life and I would love to see him be there for so many other people in need. Whether legally , mentally, emotionally or just as a true friend.

Thank you for your time and thoughtful consideration

Respectfully,

Antonia Georgioudakis

Exhibit Q



ULTIMATE BURGER EXPERIENCE • FINE DINING BREWERY
WWW.WESTCHESTERBURGER.COM
914-305-6005

275 South Ridge Street, Rye Brook, NY 10571

October 23, 2015

Honorable Colleen McMahon,
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom C
New York, New York 10007-1312

RE: United States of America vs. America

Dear Judge McMahon,

I am writing on behalf of my personal relationship with Anthony Mangone. We have been very close for over 5 years personally and thru business dealings. Both of our boys became friends in the third grade and because of their relationship my wife and I have become very close friends of the family. As the boy grew we became little league coaches together and are responsible for quite a few of the boys becoming respectful teenagers in the community. Instilling real life lessons that we both hope they will keep throughout their lives as they become men.

Anthony and I also share the same lively hood, we are both very successful restaurateurs. Truly understanding the time, energy, and dedication it takes to make it in a small community when dealing with food and beverage and we have assisted each other thru the years.

Putting our friendship aside, Anthony is one of the most honorable people I know. Always putting his family first and close friends second to none. He has been an intricate part in my growth as a person and in business, easily approachable and always willing to lend an ear if there is anything I may have to talk about. A very real human being, never ever putting what is right aside just to accommodate someone's feelings or issues tells you exactly how it is pulling no punches. Stands up for what he believes in, and in my personal opinion I am a better person for knowing the man.

Regarding the situation that he is presently involved, it is hard not to know about it living in Westchester like I mentioned it's a small community. His face and accounts of what he has been thru has been plastered across the media for years and unfortunately they have painted him as a villain. The full account on the entire Ridge Hill project has been talked about in the community where he resides, and he still walks tall with his chin up and has gained the respect of everyone he comes into contact with. We have spoken about it in length of how that situation has changed his life forever. A man as successful in his trade as an attorney, respected from his peers and colleagues to be striped and have to start his life over for the sake of his own well-being and that of his family, really shows what type of man Mr. Mangone is and how he overcame every obstacle for his family, his kids, to be comfortable in their school district and in the community where they reside it is truly incredible. A lesser man would have broken down and hid but not Anthony, he is proud man and understands with life choices also comes consequences. The same beliefs he has instilled to his children and everyone he has come into contact with.

Judge, I will take the same stance that my dear friend Anthony would take. I understand that you have a job to do, but honestly I would recommend to truly consider probation for Anthony. I           ., Also his business which is his livelihood, I personally believe would not be able to handle the stress of losing the most intricate part of its success, which is HIM. Trust me I have firsthand experience for over 25 years. In closing I would urge you to consider it. I would be happy to meet and discuss Anthony in person if you choose, I will make myself available for you anytime.

In Good Taste
Vincent Corso
Owner/Operator Westchester Burger Co.
Graziella's Restaurant

Exhibit R

**THEODORE J. BRUNDAGE**
ATTORNEY AT LAW
500 MAMARONECK AVENUE  -  SUITE 320
HARRISON, NEW YORK 10528
PHONE  (914) 328 0335                    FAX  (914) 946 7468

November 15, 2015

Honorable Colleen McMahon,
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street  -  Courtroom C
New York, New York 10007-1312

Re:  United States v. Anthony Mangone

Dear Judge McMahon:

I write on behalf of Anthony Mangone with regard to his pending sentencing in this court.  I am a former prosecutor for the County of Westchester and have practiced criminal defense law in Westchester County for past thirty years.   I believe I have some understanding of the criminal justice system in general and in the area of cooperating witnesses in particular.   As a former prosecutor and defense attorney I have participated in numerous cooperation matters from both sides.

I am also a long time friend and colleague of Anthony Mangone.  I knew him as a practicing attorney as both co-counsel and adversary over the years.   My friendship and association with Mr. Mangone has continued through his present interaction with the pending federal matter.  Since Mr. Mangone ceased the practice of law he has immersed himself in his family's restaurant. As I am sure this court is aware, Mr. Mangone has nurtured their successful and popular restaurant in Purchase, devoting ten of more hours a day as a hands-on proprietor.  His remaining hours are spent with his family.

I am intimately familiar with the facts and circumstances of Mr. Mangone's involvement in this matter.  Likewise, I am intimately familiar with the others involved in the matter, most of whom were former colleagues of mine in the District Attorney's Office.  It is my impression that Mr. Mangone, when confronted with his wrongdoing, admitted same and took all steps necessary to mitigate his wrongdoing.  Toward that end, I am aware of Mr. Mangone's assistance to the people in the successful prosecution of Senator Libeus.

Needless to say I urge this Court to show whatever leniency possible to Mr. Mangone.  I ask this for two reasons.  One, because he admitted what he did, faced the music, and acted to mitigate his misdeeds.  Second, because I am troubled by the fact that so many others, with equally dirty hands, have not been publicly accused, charged, embarrassed or in any way called upon do mitigate their misdeeds.  I believe that Mr. Mangone has "manned up" to his actions while others avoid accountability on every level.  In short, at this point in time in the life of Anthony Mangone measured by his deeds and his mitigation, any period of incarceration serves no positive purpose and carries with it significant, unnecessary collateral damage.

Very truly yours,

Theodore J. Brundage