# EXHIBIT A

JOSEPH J. SAVINO
140 WATERS EDGE
CONGERS, NY 10920

July 6, 2016

Honorable Colleen McMahon,
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon:

Please allow this letter to introduce myself. My name is Joseph J. Savino. I am
the former Bronx County Republican Chairman and a disbarred attorney. I am a
convicted felon currently serving two years of supervised release after being sentenced
this past April by United States District Court Judge Kenneth Karas. I am writing to
advise the Court that Anthony Mangone was the single most important factor in my
acceptance of responsibility and my subsequent efforts to advise the Government of my
wrongdoing and redirecting my moral compass.

I have known Anthony Mangone since approximately 1999. I first came to know
Mr. Mangone when we were both employees of the New York State Senate. At that time
we both served as staff members for our respective State Senators. Mr. Mangone served
as Chief of Staff for Senator Nicholas Spano and I served as an aide for Senator Guy
Vellela. Both Senate members were close associates as many parts of their district were
contiguous to one another. As such, communication between our offices was frequent
and necessary.

On the morning of April 2, 2013, I found myself in an eerily similar situation as
Anthony. That day I was arrested at my home by FBI agents and charged in a public
corruption bribery scheme by the United States Attorney's Office for the Southern
District of New York. It was by far the most harrowing experience of my life. From that
moment, all I could think about were my four school aged children and wife. After being
processed, arraigned and returning home I found myself in the most desperate of
circumstances. I could think of no other person to turn to for advice than Anthony
Mangone. Late that evening I sent him a text message. Within moments he called me
and offered to meet with me. That night he consoled me and after going through the
tribulations of that day he offered me keen insight on what myself and my family would
endure throughout the process. He had already been involved with his matter for over

three years. Anthony explained how he coped with the realities of the circumstances. He offered me genuine heartfelt advice on how to proceed with the case.

During the following weeks, I was in regular communication with Anthony. He explained that we are all responsible for our own actions and unfortunately we had both suffered a similar fate of surrounding ourselves with unsavory people within the New York State legislature. It was a culture that made corruption seem a very normal and acceptable way of life. Anthony expressed how both he and I had failed ourselves and our families by not having a stronger composition to walk away from what was clearly criminal behavior. He noted that as a result of our submission to the temptation of greed there would be a hefty price that not only we would face but our families as well.

Anthony explained his own case and his decision to cooperate and the pitfalls associated with same. He further advised that despite the many uncertainties he still faced, the cathartic feeling of ridding himself of his previous transgressions had afforded him the opportunity to start over and avoid the many poor decisions he had made in the past.

As I discussed at the outset of this letter, Anthony's advice and his insight into my own case was the single most important reason I decided to meet with the United States Attorney's Office and members of law enforcement to explain my wrongdoing. At the time of my first proffer session, I explained to members of law enforcement how important Anthony was in getting me to come to grips with the reality of my wrongdoing and face the consequences. Eventually, I pled guilty to the charges in the indictment and thereafter testified in two trials against my co-defendants, which led to their convictions. After each time I testified, Anthony was my first phone call to offer words of encouragement.

This past April, I was sentenced before United States District Court Judge Kenneth Karas. During my sentencing proceeding both my counsel and the Government within their 5k.1 application discussed my substantial assistance and the changes I had made in my life since the time of my arrest. Yet ominously absent was a single remark regarding the importance of Anthony Mangone in helping me accept responsibility for my actions and taking the steps toward adjusting my moral compass. I understand how unusual this letter may seem to your Honor. I am a convicted felon. But I am now on the right path and my family and I are happy once again. I would be remiss however if I did not acknowledge how important a role Mr. Mangone was in my recovery and how critical his advice was in helping me toward resolving my case.

Sincerely

Joseph J. Savino

# EXHIBIT B

# DOAR RIECK DeVITA KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
JAMES R. DeVITA

——

OF COUNSEL
JAMES I. WASSERMAN
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

June 28, 2016

Honorable Colleen McMahon
United States District Judge for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Anthony Mangone, 10 Cr. 7 (CM)

Dear Judge McMahon:

      I am writing Your Honor in connection with the resentencing proceeding of my former client, Anthony Mangone. Initially, I wish to apologize to Your Honor for not noticing and bringing to the Court's attention the error in the Presentence Report ("PSR") regarding the applicable guideline range. I had, of course, reviewed the guidelines calculation in the preliminary disclosure report, which had the correct guidelines range of 30-37 months. Similarly, the body of the final PSR also correctly stated the guidelines range as 30-37 months. PSR ¶ 127. Unfortunately, the addendum containing the Probation Office's recommendation that Mr. Mangone be sentenced to "Time Served" *incorrectly* gives the Guidelines range as "37 to 46 months." PSR at 26. I did not notice the discrepancy in the PSR until after the sentencing hearing, and I did not notice that Your Honor used the incorrect Guidelines range until I read the transcript of the hearing.

      I am hoping that Your Honor uses the opportunity presented by the remand for resentencing to reread my sentencing submission and reflect on the many amazing testimonials submitted on Mr. Mangone's behalf. The many stories of Mr. Mangone's generosity and genuine care for others represent a stark contrast to the image you seem to have formed, as reflected in your remarks at the original sentencing. Moreover, contrary to Your Honor's stated impression at the time of the first sentencing, December 7, 2015 Transcript at 25, these testimonials were from people of all walks of life and who have known and encountered Mr. Mangone in a wide variety of settings, and not just from family members and close friends. Your Honor was also mistaken in your impression that they did not include "a single letter from

Honorable Colleen McMahon              2                      June 28, 2016

a client who wanted to tell me how he benefitted from your good and faithful service." *Id.* They included sincere and heartfelt statements family members of clients who wanted to tell Your Honor how their children benefited from his "good and faithful service." I refer specifically to the letters of Mary Jane Ballinger and Donna Materasso, whose troubled sons Mr. Mangone represented, which were included as Exhibit G to my November 18, 2015 sentencing submission. Perhaps an even more telling testimonial comes from the letter of attorney George Galgano, Exhibit H. Among other examples of devoted and professional representations by Mr. Mangone, Mr. Galgano tells the story of an acquaintance that Mr. Mangone represented in connection with multiple DWI offenses. When the client was unable to afford professional treatment for his depression and alcohol dependence, Mr. Mangone "restructured his fee agreement by forgiving the bulk of the installment payments due his firm." *Id.* According to Mr. Galgano, "this person has remained sober for approximately seven years, is happily married and is currently expecting his first child. But for Anthony, I am fairly certain this man would not be alive." Clearly that client benefited significantly from Mr. Mangone's "good and faithful service."

Like Your Honor, I take extremely seriously the obligations of our profession to adhere to the oath to uphold the law. Nevertheless, I also believe in the concept of redemption. I respectfully submit that despite his admitted transgressions, many of which might never have come to light without his decision to make a clean breast and cooperate with the government, Anthony Mangone has done much to break from his past and redeem himself.

Respectfully submitted,

James R. DeVita

# EXHIBIT C

Form **1040X**
(Rev. December 2014)

Department of the Treasury – Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

This return is for calendar year ☐ 2014  ☐ 2013  ☐ 2012  ☐ 2011
Other year. Enter one: calendar year **2003**  or fiscal year (month and year ended):

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Anthony J. | Mangone | 0 5 1 7 4 1 5 8 7 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Donna A. | Guarniero | 0 6 4 5 8 8 0 4 2 |

| Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| 34 Pinehurst Drive | | |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Purchase, NY 10577

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You must check one box even if you are not changing your filing status. *Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☐ Single
☐ Qualifying widow(er)
☑ Married filing jointly
☐ Married filing separately
☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No." (See instructions.)   ☐ Yes   ☐ No

**Use Part III on the back to explain any changes.**

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | 179,373 | 10,000 | 189,239 |
| 2 | Itemized deductions or standard deduction | 2 | 51,819 | (296) | 51,523 |
| 3 | Subtract line 2 from line 1 | 3 | 127,554 | 10,162 | 137,716 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 4 | 9,150 | 0 | 9,150 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 118,404 | 10,162 | 128,566 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): Tax Rate | 6 | 23,334 | 2,845 | 26,179 |
| 7 | Credits. If general business credit carryback is included, check here | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 23,334 | 2,845 | 26,179 |
| 9 | Health care: individual responsibility (see instructions) | 9 | N/A | | N/A |
| 10 | Other taxes | 10 | 8,780 | 288 | 9,048 |
| 11 | Total tax. Add lines 8, 9, and 10 | 11 | 32,114 | 3,113 | 35,227 |
| **Payments** | | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 12 | | 4,024 | 4,024 |
| 13 | Estimated tax payments, including amount applied from prior year's return | 13 | 0 | 0 | 0 |
| 14 | Earned income credit (EIC) | 14 | 0 | 0 | 0 |
| 15 | Refundable credits from: ☐ Schedule 8812  Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2011) ☐ 8839 ☐ 8863 ☐ 8885 ☐ 8962 or ☐ other (specify): | 15 | 0 | 0 | 0 |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 16 | | | 28,603 |
| 17 | Total payments. Add lines 12 through 16 | 17 | | | 32,114 |
| **Refund or Amount You Owe** (*Note. Allow up to 16 weeks for Form 1040X to be processed.*) | | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS. | 18 | | | 0 |
| 19 | Subtract line 18 from line 17 (if less than zero, see instructions) | 19 | | | 32,114 |
| 20 | Amount you owe. If line 11, column C, is more than line 19, enter the difference | 20 | | | 3,113 |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | 21 | | | |
| 22 | Amount of line 21 you want refunded to you | 22 | | | |
| 23 | Amount of line 21 you want applied to your (enter year): estimated tax ▸ | 23 | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.   Cat. No. 11360L   Form **1040X** (Rev. 12-2014)

Form 1040X (Rev. 12-2014)                                                                                              Page **2**

### Part I   Exemptions

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| | *See Form 1040 or Form 1040A instructions and Form 1040X instructions.* | | | | |
| 24 | Yourself and spouse. **Caution:** *If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . . . | 24 | | | |
| 25 | Your dependent children who lived with you . . . . . . . . . | 25 | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation | 26 | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . . . . | 28 | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. . . | 29 | | | |
| 30 | List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions. | | | | |

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

### Part II   Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

### Part III   Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

To report the following adjustments to income:

1. $10,000 additional partnership income.
2. $288 additional self employment tax.
3. $134 additional SE AGI Adjustment.
4. $298 decrease in itemized deductions.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| | |
|---|---|
| Your signature          Date | Spouse's signature. If a joint return, both must sign.          Date |

**Paid Preparer Use Only**

| | |
|---|---|
| Preparer's signature          Date  11/29/15 | |
| John P. Ryan | John P. Ryan |
| Print/Type preparer's name | Firm's name (or yours if self-employed) |
| | 10 South Dutcher Street, Irvington, NY 10533 |
| | Firm's address and ZIP code |
| PTIN   P00687138 | ☑ Check if self-employed   914-591-4023          38-3832251 |
| | Phone number          EIN |

For forms and publications, visit IRS.gov.                                                                    Form **1040X** (Rev. 12-2014)

07/07/2016

United States Treasury                                                    **3,113.00

Three thousand one hundred thirteen and 00/100***********************************************************

United States Treasury
PO Box 9012
Holtsville, New York
11742-9012

ss #'s 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 & 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, Tax year 2003 Fo

07/07/2016        **United States Treasury**

3,113.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2003 Form 1040X  3,113.00

07/07/2016        **United States Treasury**

3,113.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2003 Form 1040X  3,113.00

Form **1040X**
(Rev. December 2014)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

**This return is for calendar year** ☐ 2014 ☐ 2013 ☐ 2012 ☐ 2011
**Other year. Enter one: calendar year** 2004 **or fiscal year (month and year ended):**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Anthony J. | Mangone | 0 6 1 7 4 1 5 8 7 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Donna A. | Guarniero | 0 6 4 5 8 8 0 4 2 |

| Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| 34 Pinehurst Drive | | |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Purchase, NY 10577

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Amended return filing status. You must check one box even if you are not changing** your filing status. *Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☐ Single
☐ Qualifying widow(er)
☑ Married filing jointly
☐ Married filing separately
☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No."
(See instructions.)
☐ Yes   ☐ No

**Use Part III on the back to explain any changes**

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change— amount of increase or (decrease)— explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here . . . . . . . . . . ▶ ☐ | 1 | 250,585 | 9,866 | 260,451 |
| 2 | Itemized deductions or standard deduction . . . . . . . . | 2 | 46,620 | -296 | 46,324 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . | 3 | 203,965 | 10,162 | 214,127 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 . . . . . . . . . . . . . . | 4 | 8,510 | -744 | 5,766 |
| 5 | Taxable income. Subtract line 4 from line 3 . . . . . . . . | 5 | 197,455 | 10,906 | 208,361 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): | 6 | 46,185 | 3,599 | 49,784 |
| 7 | Credits. If general business credit carryback is included, check here . . . . . . . . . . . . . . . . . ▶ ☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- . . | 8 | 46,185 | 3,599 | 49,784 |
| 9 | Health care: individual responsibility (see instructions) . . . . | 9 | N/A | N/A | N/A |
| 10 | Other taxes . . . . . . . . . . . . . . . . . . | 10 | 12,468 | 122 | 12,590 |
| 11 | Total tax. Add lines 8, 9, and 10 . . . . . . . . . . . | 11 | 58,653 | 3,721 | 62,374 |
| **Payments** | | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) . . . . . . . | 12 | 3,840 | 0 | 3,840 |
| 13 | Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . . . | 13 | | | |
| 14 | Earned income credit (EIC) . . . . . . . . . . . . . | 14 | | | |
| 15 | Refundable credits from: ☐ Schedule 8812 ☐ Form ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2011) ☐ 8839 ☐ 8863 ☐ 8885 ☐ 8862 or ☐ Other (specify): | 15 | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed . . . . . . . . . . . . . . . . . . . . | | | 16 | 55,815 |
| 17 | Total payments. Add lines 12 through 16 . . . . . . . . . . . . . . . . . . . . | | | 17 | 58,653 |
| **Refund or Amount You Owe** (Note. Allow up to 16 weeks for Form 1040X to be processed.) | | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . . . | | | 18 | |
| 19 | Subtract line 18 from line 17 (If less than zero, see instructions) . . . . . . . . . . . . . | | | 19 | |
| 20 | Amount you owe. If line 11, column C, is more than line 19, enter the difference . . . . . . . | | | 20 | 3,721 |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | | | 21 | |
| 22 | Amount of line 21 you want refunded to you . . . . . . . . . . . . . . . . . . | | | 22 | |
| 23 | Amount of line 21 you want applied to your (enter year): estimated tax . 23 | | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.          Cat. No. 11360L          Form **1040X** (Rev. 12-2014)

Form 1040X (Rev. 12-2014)

Page **2**

### Part I    Exemptions

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| See Form 1040 or Form 1040A instructions and Form 1040X instructions. | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 24 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . . 24 | | | |
| 25 | Your dependent children who lived with you . . . . . . . . 25 | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation 26 | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . 27 | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . 28 | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. . 29 | | | |

30   List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name           Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

### Part II    Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

### Part III    Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

To record the following changes:

1. $10,000 additional partnership income.
2. $134 increase to the SE AGI Adjustment.
3. $296 decrease in itemized deductions.
4. $744 decrease in exemptions.
5. $146 decrease in AMT.
6. $268 increase in SE Tax.

### Sign Here
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| | | |
|---|---|---|
| ▶ Your signature | 11-27-15  Date | ▶ Spouse's signature. If a joint return, both must sign.   Norma Margan    1/29/15  Date |

**Paid Preparer Use Only**

| ▶ Preparer's signature    John P. Ryan | 11/29/15  Date | John P. Ryan |
|---|---|---|
| Print/type preparer's name | | Firm's name (or yours if self-employed) |
| | | 10 South Dutcher Street, Irvington, NY 10533 |
| | | Firm's address and ZIP code |

| P00687138 | ☑ Check if self-employed | 914-591-4023 | 38-3832251 |
|---|---|---|---|
| PTIN | | Phone number | EIN |

For forms and publications, visit IRS.gov.

Form **1040X** (Rev. 12-2014)



07/07/2016

United States Treasury

**3,721.00

Three thousand seven hundred twenty-one and 00/100**********************************************************

United States Treasury
PO Box 9012
Holtsville, New York
11742-9012

ss #'s 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 & 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, Tax year 2004 Fc

07/07/2016          **United States Treasury**

3,721.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2004 Form 1040X  3,721.00

07/07/2016          **United States Treasury**

3,721.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2004 Form 1040X  3,721.00

**Form 1040X**
(Rev. December 2014)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

► Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

**This return is for calendar year** ☐ 2014 ☐ 2013 ☐ 2012 ☐ 2011

**Other year. Enter one: calendar year** 2005 **or fiscal year (month and year ended):**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Anthony J. | Mangone | 0 6 1 7 4 1 5 8 7 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Donna A. | Guarniero | 0 6 4 5 8 8 0 4 2 |
| Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
| 34 Pinehurst Drive | | |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Purchase, NY 10577

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status. You must check one box even if you are not changing your filing status. Caution.** In general, you cannot change your filing status from joint to separate returns after the due date.

☐ Single
☐ Qualifying widow(er)
☑ Married filing (jointly)
☐ Married filing separately
☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No." (See instructions.)
☐ Yes    ☐ No

**Use Part III on the back to explain any changes**

| | Income and Deductions | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ► ☐ | 1 | 377,414 | 9,866 | 387,280 |
| 2 | Itemized deductions or standard deduction | 2 | 62,399 | (296) | 62,093 |
| 3 | Subtract line 2 from line 1 | 3 | 315,025 | 10,163 | 325,187 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 4 | 0 | 0 | 0 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 315,025 | | 325,187 |
| | **Tax Liability** | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): _____ tax rate | 6 | 84,550 | 3,353 | 87,903 |
| 7 | Credits. If general business credit carryback is included, check here ► ☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 84,550 | 3,353 | 87,903 |
| 9 | Health care: individual responsibility (see instructions) | 9 | N/A | | N/A |
| 10 | Other taxes | 10 | 15,032 | 368 | 15,400 |
| 11 | Total tax. Add lines 8, 9, and 10 | 11 | 99,582 | 3,721 | 103,303 |
| | **Payments** | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 12 | 3,842 | 0 | 3,482 |
| 13 | Estimated tax payments, including amount applied from prior year's return | 13 | | | |
| 14 | Earned income credit (EIC) | 14 | | | |
| 15 | Refundable credits from: ☐ Schedule 8812 ☐ Form(s) ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2011) ☐ 8863 ☐ 8885 or ☐ 8962 or ☐ other (specify): | 15 | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 16 | | | 95,740 |
| 17 | Total payments. Add lines 12 through 16 | 17 | | | 99,582 |
| | **Refund or Amount You Owe (Note. Allow up to 16 weeks for Form 1040X to be processed.)** | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 18 | | | |
| 19 | Subtract line 18 from line 17 (if less than zero, see instructions) | 19 | | | |
| 20 | Amount you owe. If line 11, column C, is more than line 19, enter the difference | 20 | | | 3,721 |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | 21 | | | |
| 22 | Amount of line 21 you want refunded to you | 22 | | | |
| 23 | Amount of line 21 you want applied to your (enter year): _____ estimated tax. | 23 | | | |

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see instructions.        Cat. No. 11360L        Form **1040X** (Rev. 12-2014)

Form 1040X (Rev. 12-2014)

### Part I   Exemptions

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

See *Form 1040* or *Form 1040A* instructions and *Form 1040X* instructions.

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 24 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself | 24 | | | |
| 25 | Your dependent children who lived with you | 25 | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation | 26 | | | |
| 27 | Other dependents | 27 | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 | 28 | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. | 29 | | | |

30 List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

### Part II   Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

### Part III   Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

To report the following:

1. $10,000 additional partnership income.
2. $134 increase to the SE AGI adjustment.
3. $296 decrease to itemized deductions.
4. $267 increase in SE Tax.
5. $100 increase in AMT.

### Sign Here

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| Your signature | Date | (Spouse's signature. If a joint return, both must sign.) | Date |
|---|---|---|---|

**Paid Preparer Use Only**

| Preparer's signature | Date | | |
|---|---|---|---|
| John P. Ryan | 11/29/15 | John P. Ryan | |
| Print/type preparer's name | | Firm's name (or yours if self-employed) | |
| | | 10 South Dutcher Street, Irvington, NY 10533 | |
| | | Firm's address and ZIP code | |
| P00687136 | ☑ Check if self-employed | 914-591-4023 | 38-3832251 |
| PTIN | | Phone number | EIN |

For forms and publications, visit IRS.gov.

Form **1040X** (Rev. 12-2014)



07/07/2016

United States Treasury                                    **3,721.00

Three thousand seven hundred twenty-one and 00/100************************************

United States Treasury
PO Box 9012
Holtsville, New York
11742-9012

ss #'s 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 & 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, Tax year 2005 Fc

07/07/2016          **United States Treasury**

3,721.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2005 Form 1040X  3,721.00

07/07/2016          **United States Treasury**

3,721.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2005 Form 1040X  3,721.00

# Form 1040X

**Department of the Treasury – Internal Revenue Service**
## Amended U.S. Individual Income Tax Return

(Rev. December 2014)

► Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No 1545-0074

This return is for calendar year ☐ 2014 ☐ 2013 ☐ 2012 ☐ 2011
Other year. Enter one: calendar year **2008** or fiscal year (month and year ended):

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Anthony J. | Mangone | 0 6 1 7 4 1 5 8 7 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Donna A. | Guarniero | 0 6 4 5 8 8 0 4 2 |

Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number

**34 Pinehurst Drive**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

**Purchase, NY 10577**

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

Amended return filing status. You must check one box even if you are not changing your filing status. Caution. In general, you cannot change your filing status from joint to separate returns after the due date.

☐ Single
☐ Married filing separately
☐ Qualifying widow(er)
☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)
☑ Married filing jointly

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No."
(See instructions.)
☐ Yes   ☐ No

**Use Part III on the back to explain any changes**

| | | | | A. Original amount or as previously adjusted (see instructions) | B. Net change— amount of increase or (decrease)— explain in Part III | C. Correct amount |
|---|---|---|---|---|---|---|
| **Income and Deductions** | | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ► ☐ | 1 | | 332,948 | 167,724 | 500,672 |
| 2 | Itemized deductions or standard deduction | 2 | | 101,136 | -3,354 | 97,782 |
| 3 | Subtract line 2 from line 1 | 3 | | 231,812 | 171,078 | 402,890 |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 4 | | 5,632 | -1,232 | 4,400 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | | 226,180 | 172,310 | 398,490 |
| **Tax Liability** | | | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): Tax rate | 6 | | 54,621 | 58,101 | 112,722 |
| 7 | Credits. If general business credit carryback is included, check here ► ☐ | 7 | | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | | 54,621 | 58,101 | 112,722 |
| 9 | Health care: individual responsibility (see instructions) | 9 | | N/A | | N/A |
| 10 | Other taxes | 10 | | 21,780 | 2,834 | 24,614 |
| 11 | Total tax. Add lines 8, 9, and 10 | 11 | | 76,401 | 60,935 | 137,336 |
| **Payments** | | | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 12 | | 3,003 | 0 | 3,003 |
| 13 | Estimated tax payments, including amount applied from prior year's return | 13 | | | | |
| 14 | Earned income credit (EIC) | 14 | | | | |
| 15 | Refundable credits from: ☐ Schedule 8812 ☐ Form 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2011) ☐ 8863 ☐ 8885 ☐ 8962 or ☐ other (specify): | 15 | | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | | 16 | 73,338 |
| 17 | Total payments. Add lines 12 through 16 | | | | 17 | 76,401 |
| **Refund or Amount You Owe** (Note. Allow up to 16 weeks for Form 1040X to be processed.) | | | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS. | | | | 18 | 0 |
| 19 | Subtract line 18 from line 17 (If less than zero, see instructions) | | | | 19 | 76,401 |
| 20 | Amount you owe. If line 11, column C, is more than line 19, enter the difference | | | | 20 | 60,935 |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | | | | 21 | |
| 22 | Amount of line 21 you want refunded to you | | | | 22 | |
| 23 | Amount of line 21 you want applied to your (enter year): estimated tax . | **23** | | | | |

Complete and sign this form on Page 2

For Paperwork Reduction Act Notice, see instructions.   Cat. No. 11360L   Form **1040X** (Rev. 12-2014)

Form 1040X (Rev. 12-2014)                                                                                                    Page **2**

### Part I   Exemptions

Complete this part only if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| See *Form 1040* or *Form 1040A* instructions and *Form 1040X* instructions. | | | | |
| 24 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself . . . . . . .*  **24** | | | |
| 25 | Your dependent children who lived with you  . . . . . . . . .  **25** | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation  **26** | | | |
| 27 | Other dependents  . . . . . . . . . . . . . . . . . . . . .  **27** | | | |
| 28 | Total number of exemptions. Add lines 24 through 27  . . . . . . .  **28** | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. .  **29** | | | |
| 30 | List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions. | | | |

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

### Part II   Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐  Check here if you did not previously want $3 to go to the fund, but now do.

☐  Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

### Part III   Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

To report the following changes:

1. $10,000 additional other income from Milio.
2. $150,000 additional other income from Argyle.
3. $10,000 additional other income from partnership.
4. $4,553 increase to SE Tax.
5. $2,276 increase to SE AGI Adjustment.
6. $3,354 decrease in itemized deductions.
7. $2,357 decrease in exemptions.
8. $1,718 decrease in AMT.

### Sign Here

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| | | | |
|---|---|---|---|
| ▶ | | ▶ *Donna Manjure* | |
| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |

| Paid Preparer Use Only | | | |
|---|---|---|---|
| ▶ *John P. Ryan* | 11/29/15 | John P. Ryan | |
| Preparer's signature | Date | Firm's name (or yours if self-employed) | |
| John P. Ryan | | 10 South Dutcher Street, Irvington, NY 10533 | |
| Print/type preparer's name | | Firm's address and ZIP code | |
| P00687138 | ☑ Check if self-employed | 914-591-4023 | 38-3832251 |
| PTIN | | Phone number | EIN |

For forms and publications, visit IRS.gov.                                                                      Form **1040X** (Rev. 12-2014)



07/07/2016

United States Treasury

**60,935.00

Sixty thousand nine hundred thirty-five and 00/100***************************************************

United States Treasury
PO Box 9012
Holtsville, New York
11742-9012

ss #'s 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 & 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, Tax year 2006 Fc

07/07/2016        **United States Treasury**

60,935.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2006 Form 1040X 60,935.00

07/07/2016        **United States Treasury**

60,935.00

**Chase Bank Ope-0985**                    ss #'s 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 & 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, Tax year 2006 Form 1040X 60,935.00

| Form **1040X** (Rev. December 2014) | Department of the Treasury—Internal Revenue Service<br>**Amended U.S. Individual Income Tax Return**<br>▶ Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x*. | OMB No. 1545-0074 |
|---|---|---|

**This return is for calendar year** ☐ 2014 ☐ 2013 ☐ 2012 ☐ 2011
**Other year. Enter one: calendar year** ☐ 2007 **or fiscal year (month and year ended):**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Anthony J. | Mangone | 0 8 1 7 4 1 5 8 7 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Donna A. | Guarniero | 0 8 4 5 8 8 0 4 2 |

Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number

34 Pinehurst Drive

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Purchase, NY 10577

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You must check one box even if you are not changing your filing status. *Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☐ Single
☐ Qualifying widow(er)
☑ Married filing jointly
☐ Married filing separately
☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No." (See instructions.)
☐ Yes   ☐ No

**Use Part III on the back to explain any changes**

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | Not known | Not known | Not known |
| 2 | Itemized deductions or standard deduction | 2 | | | |
| 3 | Subtract line 2 from line 1 | 3 | | | |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | 4 | | | |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | | | 236,731 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions):<br>Tax rate | 6 | | | 57,321 |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | | | 57,321 |
| 9 | Health care: individual responsibility (see instructions) | 9 | N/A | | N/A |
| 10 | Other taxes | 10 | | | 21,011 |
| 11 | Total tax. Add lines 8, 9, and 10 | 11 | 66,611 | 11,721 | 78,332 |
| **Payments** | | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 12 | 2,659 | 0 | 2,659 |
| 13 | Estimated tax payments, including amount applied from prior year's return | 13 | 0 | 0 | 0 |
| 14 | Earned income credit (EIC) | 14 | 0 | 0 | 0 |
| 15 | Refundable credits from: ☐ Schedule 8812 ☐ Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8885 120 ☐ 8839 ☐ 8801 ☐ 8885 ☐ 8962 or ☐ other (specify): | 15 | 0 | 0 | 0 |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 16 | | | 63,952 |
| 17 | Total payments. Add lines 12 through 16 | 17 | | | 66,611 |
| **Refund or Amount You Owe** (*Note. Allow up to 16 weeks for Form 1040X to be processed.*) | | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 18 | | | |
| 19 | Subtract line 18 from line 17 (if less than zero, see instructions) | 19 | | | |
| 20 | Amount you owe. If line 11, column C, is more than line 19, enter the difference | 20 | | | 11,721 |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | 21 | | | |
| 22 | Amount of line 21 you want refunded to you | 22 | | | |
| 23 | Amount of line 21 you want applied to your (enter year): estimated tax | 23 | | | |

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see instructions. | Cat. No. 11360L | Form **1040X** (Rev. 12-2014)

INTERNAL REVENUE SERVICE FIELD ASSISTANCE WHITE PLAINS, NY RECEIVED DEC 0 4 2015 11712501

Form 1040X (Rev. 12-2014)                                                                                          Page **2**

### Part I    Exemptions

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

| | See Form 1040 or Form 1040A instructions and Form 1040X instructions. | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 24 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself . . . . . | 24 | | | |
| 25 | Your dependent children who lived with you . . . . . . . . . | 25 | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation | 26 | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . . . . | 28 | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. . | 29 | | | |

30   List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

### Part II    Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐   Check here if you did not previously want $3 to go to the fund, but now do.

☐   Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

### Part III    Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

To report the following:

1. $31,500 Other income - Trust Fund Checks added to Schedule C.
2. ($421) SE AGI Adjustment increase.
3. $822 decrease in itemized deductions.
4. $2,357 decrease in exemptions.

Taxpayer no longer has previously adjusted amounts for AGI, itemized deductions or exemptions. Additional tax is the result of an IRS examination. See attached Form 4549-A Income Tax Discrepancy Adjustments. For further information contact S/A John Scatenato 914-684-7219.

### Sign Here

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| | | |
|---|---|---|
| ▶ _Your signature_ | _Date_ | ▶ _Spouse's signature. If a joint return, both must sign._   _Date_ |

**Paid Preparer Use Only**

| | | |
|---|---|---|
| ▶ _Preparer's signature_ | 12/2/15 _Date_ | John P. Ryan _Firm's name (or yours if self-employed)_ |
| John P. Ryan _Print/Type preparer's name_ | | 10 South Dutcher Street, Irvington, NY 10533 _Firm's address and ZIP code_ |
| P00687138 _PTIN_ | ☑ Check if self-employed | 914-591-4023 _Phone number_    38-3832251 _EIN_ |

For forms and publications, visit IRS.gov.                                                         Form **1040X** (Rev. 12-2014)



07/07/2016

United States Treasury                                                              **11,721.00

Eleven thousand seven hundred twenty-one and 00/100**********************************************

United States Treasury
PO Box 9012
Holtsville, New York
11742-9012

ss #'s 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 & 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, Tax year 2007 F(

07/07/2016        **United States Treasury**

11,721.00

**Chase Bank Ope-0985**          ss #'s 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 & 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, Tax year 2007 Form 1040X 11,721.00

07/07/2016        **United States Treasury**

11,721.00

**Chase Bank Ope-0985**          ss #'s 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 & 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, Tax year 2007 Form 1040X 11,721.00

# EXHIBIT D

GIOVANNA LAGO
1 CYPRESS POINT DRIVE
PURCHASE, NEW YORK 10577

July 1, 2016

Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, NY 10007-1312

RE:  United States of America vs. Anthony Mangone

Dear Judge McMahon:

As you may recall, I previously wrote a letter to your Honor on behalf of Anthony last November.  My family and I have had the pleasure of knowing Anthony for more than ten years.  I would like the opportunity to update your Honor on some personal observations I have encountered regarding Anthony since I last corresponded with the Court.

This past January I embarked on a project very dear to my heart.  On September 11, 2001, my closest friend, Helen Crossin-Kittle, perished during the terror attacks at the World Trade Center.  The senseless loss of Helen had a profound effect on me and quite frankly, it is a loss I have never truly recovered from.  Throughout the years, I would honor her at the many memorials and Church services that were offered to victims of September 11th.  During her birthday and holidays, I would remember her good nature and the wonderful times we shared.  However, I never felt her loss was properly memorialized with the dignity and recognition it deserved.

In January, I began working with Helen's former friends and classmates at the Ursuline School to form a scholarship fund in Helen's name.   I began reaching out to friends, family and potential donors that could help raise funds on behalf of the scholarship.  Initially, I was reluctant to contact Anthony because I was well aware of his pending incarceration and felt it would be an undue burden during his difficult time. However, I had the opportunity to see him one day within our neighborhood and began to discuss Helen's memorial.  Anthony was very familiar with my sense of loss.  I had discussed it with him many times.  He immediately insisted that he help me.  Anthony volunteered to help raise donations on behalf of the scholarship.  It was a true sign of humanity.  Despite his own problems, Anthony felt compelled to help a cause that he knew was important to me but more importantly memorialized my best friend whom was a victim of the worst tragedy our Country has ever encountered.  Not only was Anthony helpful in raising donations, he was and still is always available to answer and questions

I understand punishment is necessary when an individual commits a crime but I also believe true redemption is evident in the actions of the individual.  I am certain Anthony Mangone is a person that has redeemed himself and I hope your Honor will consider same when you render his sentence.

Very truly yours,

Giovanna Lago

# EXHIBIT E

Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, NY 1007-1312

RE: United States of America vs. Anthony Mangone

Dear Honorable McMahon,

I am writing this letter in support of Anthony Mangone and his upcoming sentencing on August 11, 2016. I would like to stress that since Anthony's last sentencing, he has continued to be an important person to me and my family's life. When I heard the news of how many months he would be going away to prison, I thought Anthony would shut down in a depressive state. But to my surprise, he has continued to have a positive attitude and except responsibility for his actions.

My husband suffers from Transverse myelitis. Transverse myelitis is a neurological condition in which the spinal cord is inflamed. The inflammation damages nerve fibers and affects the central nervous system. My husband had his sixth surgery since my last letter to correct his mobility and was not able to coach my son's basketball team this January. My husband has been my son's basketball coach for the last six years. My husband asked Anthony to coach the team in his absence. Not knowing what Anthony would say since he was preparing to go to prison, Anthony accepted the task. Anthony was there for my son and his basketball team this Winter. He took time out of his busy work schedule to step in for my husband. Anthony doesn't know the coaching of basketball as well as his knowledge for baseball, but he studied up on it and led the team to an undefeated season. With all the uncertainty going on in his life, he took the time out to help us and make my son feel good.

Anthony is truly remorseful about his crime. He has never made an excuse for his actions. I admire the person he has become. I appreciate the talks he has with my son about making the right choices in life. I really feel Anthony is rehabilitated and needs to move on with his life in a positive direction. This has been a six year journey for him and he never lost his way. He never turned to drugs or alcohol, which can happen. He is a good citizen who continues to help anyone he can. He constantly donates to our local schools for fundraisers. I hope your honor can find the recommendation of probation a sufficient sentence for him.

Yours truly,

Franca Gjokaj

# EXHIBIT F

The Honorable Colleen McMahon
United States District Court Judge    Case 1:10-cr-00007-CM    Document 296-1    Filed 07/15/16    Page 29 of 37
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, NY 1007-1312

RE: United States of America vs. Anthony Mangone

Dear Your Honor,

I am writing to you today about my husband Anthony in regards to his upcoming sentencing scheduled August 11th. Since his last sentencing in December, Anthony has continued to be a model citizen in the community. He has taken some great progressive steps since January 2010 when he was first indicted. Your Honor, I want to stress to you that Anthony is not the person you believe him to be when you last described him in December. A lot has happened since Anthony's arrest six years ago. He has seen the error of his ways and found peace with making it right. He has been cooperative with the Federal prosecutors since the beginning. He is truly the perfect example of rehabilitation. He continues to be a hard worker and continues to help others in need. He is there for his children in every aspect of their lives. And despite the uncertainty of the future, he continues to have a positive attitude. Our strong family values and therapy are a testament to his behavior.

I beg for you to consider all the positive Anthony has done these past six years as a sign of his remorse for have taken advantage of his law license and making a poor decision. Anthony has lost a lot as a result of his poor judgement and actions. He lost his ability to practice law which he worked so hard to get. Practicing law was his biggest passion. He worked full time while pursuing his dream of becoming a lawyer by going to school at night. Losing his ability to practice law, felt like he lost a piece of himself that he will never get back. He uses this example to explain to our children how you are responsible for your own actions. And with poor judgement comes consequence. Anthony has taking the last six years of embarrassing press with class and dignity. He never makes an excuse for his behavior and admits what he did wrong was indeed wrong. I hope you can consider what I am writing and please spare Anthony from leaving our home.

Best regards,

Donna Mangone

# EXHIBIT G



**THE CENTER FOR BEHAVIOR THERAPY**

July 7th, 2016

The Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, NY 10007-1312

Your Honor:

Re: <u>United States of America vs. Anthony Mangone</u>

My name is Robert J. Filewich I am a Licensed Psychologist in the State of New York.
I am enclosing an extremely important letter, which I had sent to you in November
2015. It is my hope that you will re-read the contents and re-familiarize yourself
with the information I shared with you at that time. The letter explains much of
what is most likely crucial to your up coming re-sentencing decision regarding Mr.
Anthony Mangone. At the time of my first letter, Mr. Mangone had been in
treatment for a year. He now has been under my Psychological care for two (2)
years, and presently continues to attend his psychotherapy sessions with me on a
consistent basis. Unlike many who briefly come to see me for psychological help
after breaking the law, Mr. Mangone has persisted in his quest for self-improvement.
Mr. Mangone reliably demonstrates on a weekly basis his strong, sincere, and
genuine desire to grow and develop psychologically. He does this to ensure that his
previous behavioral flaws remain eradicated. He truly has become an exemplary
citizen and a significantly changed person of positive character. He continuously
strives to show himself to be a contributing member of society, and an upstanding
role model for his children and acquaintances. Here are a few examples that
demonstrate this.

HARRISON COURT
222 WESTCHESTER AVENUE
SUITE 406
WHITE PLAINS, NEW YORK 10604

(914) 946-4666
FAX: (914) 946-4003

He has:

   *Reinvented himself as a manager of a local family owned restaurant, working 70 + hours per week, employing others and providing for his wife and children since he no longer enjoys a license to practice Law in New York State

   *Taken full responsibility for his own feelings and behavior, no longer blaming others for either

   *Learned that he has worth and value as a human being and therefore no longer needs others to convince him of this by availing himself to other's inappropriate requests

   *Developed a keen awareness of the struggles that others experience in life and a strong desire to show compassion and offer help as indicated by his consistent community service

   * Provided the Federal Government with invaluable information that has helped tremendously in serving justice.


   I am humbly asking your Honor to please seriously consider the information that I have provided previously, as well as presently, and significantly reduce Mr. Mangone's sentencing to one of probation, so that he may continue to be a value to society and continue to take care of his wife and children, rather than to incarcerate him, which will have serious repercussions for many.


Thank you for your most valued attention on this matter.

Sincerely,

Robert J. Filewich, Ph.D.
Psychologist



THE
CENTER
FOR
BEHAVIOR
THERAPY

November 6, 2015

The Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom 17C
New York, NY 10007-1312

Your Honor:

Re:  United States of America vs. Anthony Mangone

I am a New York State Psychologist and have been treating Mr. Anthony Mangone on a
weekly basis for over a year, since July 7, 2014.  Mr. Mangone first came to see me for
anxiety and depression, due to feelings of guilt and remorse that were affecting his appetite,
sleep and desire to live.

Approximately four years prior to arriving in my office, Mr. Mangone was accused and
pleaded guilty to a bribery charge.  Mr. Mangone happens to be an intellectually gifted
person whose skills in law, business and general knowledge are immediately recognized
upon meeting him -- skills which could be exploited by others for personal gain.
Unfortunately, as Mr. Mangone discovered from his therapy, his eagerness and strong
desire to utilize these skills were motivated by an unhealthy need to be liked and admired
by others.

Mr. Mangone was born into a family where he was treated as never good enough or
important enough to others.  He hoped that being desired and valued by others would
convince himself he was important and worthwhile.  So powerful were these needs that Mr.
Mangone was overly willing to help others, even when the results could prove detrimental
to himself  (especially by the exploitation of others who saw this weakness in him.)

HARRISON COURT
222 WESTCHESTER AVENUE
SUITE 406
WHITE PLAINS, NEW YORK 10604

(914) 946-4666
FAX: (914) 946-4003

As his therapy progressed, Mr. Mangone further learned, contrary to his take-away message as a child, that he himself was already valuable as all human beings are, and did not have to try and prove it anymore by pleasing others. He discovered that it was his set of skills (along with his childhood need to be valued), that others sought for their own personal gain, not him. He has always been a worthwhile individual. He just never knew it, and felt he had to prove it by getting others to value him through giving favors and help.

With this knowledge, Mr. Mangone began to stop hating himself. He began the slow process of recognizing the pain, misery and suffering through which he put his children and his wife, and the difficulty he created by his absence leaving certain clients, colleagues, friends and business connections in the lurch. He learned the extremely difficult task of being able to forgive himself, but not his behavior. He began to want to live differently and to clearly and earnestly behave in ways that, when he did give to others, expected nothing in return. He began to understand the joy and healthiness of giving to others and not look for his value and worth in return. He turned his life around. His family began to heal and he began to like himself to the point where wrongful behavior was to be always avoided, since it did not represent who he truly was: a person of value, not a person looking to be convinced he was valued.

As a side note, indicating Mr. Mangone's inner goodness, he took on a managerial position in a restaurant to be able to pay his bills and feed his family. During this time, despite his own difficulties, he insisted on helping a waiter who was in financial difficulties, and did so. He is truly a compassionate man.

Mr. Mangone now creates opportunities for himself and others for healthy reasons, not unhealthy ones. From what I can understand, Mr. Mangone has shown unprecedented cooperation with the authorities in helping to solve issues and bring to resolution many issues of political wrongdoing, and has done it in an extraordinary and efficient way because of his above average skills.

It is my psychological opinion that Mr. Mangone has learned more than his lesson of right from wrong, suffered appropriately, experienced regret for his poor behavior, and now understands what drove him to do what he did. Mr. Mangone consistently came to his psychotherapy sessions and was completely cooperative and desirous in turning his life around when he was there. He still sees me weekly.

I completely and wholeheartedly believe that his family, friends, associates and, in many ways, society will lose, if Mr. Mangone is incarcerated. I am asking that a sentence of probation, if possible, be mandated, so that Mr. Mangone can continue to do good, continue to support and feed his family, pay his bills and help support himself and his friends.

Sincerely,

Robert J. Filewich, Ph.D.
Psychologist
RJF/vs

# EXHIBIT H

July 12, 2016

Honorable Colleen McMahon,
United States District Court Judge
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
Courtroom C
New York, New York 10007-1312

RE: United States of America vs. Anthony Mangone

Dear Judge McMahon:

First, I would like to thank you for the opportunity to submit this letter on my behalf. At the time of sentencing, I did not anticipate the sentence that you had imposed but I certainly understood your disappointment, frustration and disgust with my actions. My behavior was reprehensible and when I recall those actions I too am sickened.

Since December 2015 I have taken into account all of your admonitions. Despite living under the shadow of incarceration, I have continued to be a productive member in my community. I have assisted in various charitable and volunteer organizations including assisting in the development of a scholarship program, local PTA activities and coaching 13 year old boys in recreational basketball. I have also made arrangements to satisfy my outstanding tax obligations associated with my matter before your Honor. I want you to know your comments on December 7, 2015 did not go unnoticed. Despite the fact that my finances are indeed sparse and other obligations including my home mortgage have gone unpaid, I wanted your Honor to know that I agreed with your sentiments expressed that day about fulfilling my outstanding tax obligation and have managed to pay the principal balance off since then.

Throughout this same period of time, I have incorporated much of what you have said to me on December 7, 2015 in explaining lessons to my children. As your Honor opined life is not seen through "rose colored glasses" and while no individual is all bad or all good there are debts that must be paid for poor judgment. It is a persistent mantra that I repeat constantly within my own home, particularly to my son Anthony, whom will be entering high school this coming September.

I hope your Honor will reconsider the opinion you formulated of me from my testimony. I was not proud of my behavior but please understand my testimony in and of itself was not an accurate rendition of my life as a whole. During the past 80 months since I began cooperating, I have taken many steps to making reparations for my prior bad conduct. Please consider the rehabilitation I have maintained throughout this time period as I think it is a better reflection of the kind of person I am today and a harbinger of what I will continue to be going forward.

Very truly yours,

Anthony J. Mangone